

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Rene Ybarra Rodriguez,<br>DEFENDANT(S). | CASE NUMBER<br>8:23-cr-00123-DOC<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant's__ , IT IS ORDERED that a detention hearing is set for __10/3/2023__ , ____ , at __1:30__ ☐ a.m. / ☑ p.m. before the Honorable __J. Chooljian__ , in Courtroom __750__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/28/2023__

_____
U.S. District Judge/Magistrate Judge