CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
Rene Rodriguez

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>RENE RODRIGUEZ<br><br>            Defendant. | Case No. 8:23-cr-00123-DOC<br><br>**ORDER<br>MODIFYING CONDITIONS OF<br>PRETRIAL RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Rene Rodriguez's bond conditions are modified as follows:

The condition stating "If family Court so orders visitation, the mother must approve visitation," is removed. The condition "Defendant shall comply with all orders in his family court case," is added.

IT IS FURTHER ORDERED that all other bond conditions shall remain in full force and effect. IT IS SO ORDERED.

DATED: March 6, 2024

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
United States District Court Judge

cc: USPO

1