# EXHIBIT 1

1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  TERRA CASTILLO LAUGHTON (Bar No. 321683)
   (E-Mail: terra_laughton@fd.org)
3  Deputy Federal Public Defender
   411 West Fourth Street, Suite 7110
4  Santa Ana, California 92701-4598
   Telephone: (714) 338-4500
5  Facsimile: (714) 338-4520

6  Attorneys for Defendant
   RENE RODRIGUEZ

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12 | UNITED STATES OF AMERICA, | Case No. 8:23-cr-00123-DOC |
13 |            Plaintiff,     | **DECLARATION OF RENE RODRIGUEZ IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS** |
14 |            v.             | |
15 | RENE RODRIGUEZ,           | |
16 |            Defendant.     | |

1

# DECLARATION OF RENE RODRIGUEZ

I, Rene Rodriguez, hereby state and declare as follows:

1. I am the Defendant in the above-captioned matter.

2. On March 9, 2018, the government executed a search warrant at 3052 West Cheryllyn Lane in Anaheim, California, where I was living with my family at the time.

3. It had three bedrooms, two bathrooms, and a small kitchen and living room. I lived there with my mom, her boyfriend, my wife at the time, my infant son, and my sister.

4. On March 9, 2018, agents arrived at my apartment around 6 am. I was asleep in bed, as was the rest of my family. The agents knocked loudly and banged on the door. They said they had a search warrant, but they did not show it to us at this point.

5. Someone opened the door for the agents. At least three agents came into the living room. By this time, my family members had left their bedrooms and were in the living room. The agents pointed rifles at each family member. I was terrified.

6. While I was in the living room, an agent put handcuffs on me. I was taken out of the apartment, down the stairs, and placed into an unmarked car. I was alone in the car. No other member of my family was there, and there were no agents in the car with me. In addition to the car that I was in, there were other vehicles lined up as well.

7. At least five minutes later, I was taken out of the car and escorted back into the apartment. When I reentered the living room, an agent removed my handcuffs.

8. I sat on the couch in the living room while the agents continued to search the apartment. I could see that each agent had a weapon. Some of them had rifles, others had handguns. The agents told us we could not leave the apartment while they were searching. While I sat with my family in the living room, at least one agent was standing in front of us, and I could see their weapon.

9. At some point, the agents asked to interview me inside the master

2

1  bedroom. The bedroom has one door that connects it to the rest of the apartment,
2  which is the only entry and exit from that room. After I entered the room, the agents
3  closed the door behind them. While I was being interviewed, there were two agents in
4  the bedroom.

5      10.   At some point, my then-wife asked the agents if she could feed our baby.
6  The agents told us we could not move around until they were done with the search.

7      11.   After my initial interview in the master bedroom, I was asked to return to
8  that room a second time for some additional questions. Again, there were two agents in
9  the room with me during my second interview. They closed the door behind them after
10 I came into the room.

11     12.   At no point did the agents read me my *Miranda* rights.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 13, 2024 at Santa Ana, California.

_____
RENE RODRIGUEZ

3