# EXHIBIT 2

FD-302 (Rev. 5-8-10)

-1 of 2-



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/09/2018

    On Friday, March 9, 2018, a federal search warrant was executed at 3052 West Cherylln Lane, Anaheim, CA 92804 (herein after referred to as "TARGET LOCATION".  At approximately 6:00 A.M., members of the Southern California Sexual Assault Felony Enforcement (SAFE) team and others announced their presence and their purpose, then made entry into the residence.

    At approximately 6:30 A.M. SAFE Team members initiated a search of the location.  The following SAFE Team members and others participated in the search of the residence:

        A/SSA Preetham Rao (FBI)
        SA Amy Whitman (FBI)
        SA Benjamin Cook (FBI)
        TFO Jose Gutierrez (CHP)
        SA Randall Devine (FBI)
        SA Elizabeth Farrell (FBI)
        SA Stephanie Connelly (FBI)
        SA Cynthia Kayle (FBI)
        SA Heng Liv
        TFO Lydia Sakae (LAPD)
        TFO Aundria Davis (LADA)
        TFO Bernell Trapp (LASD)
        SA Rajiv Patel (FBI)
        SA Arrin Langdon (FBI)
        SA Tyler Call (FBI)

    At approximately 6:35 A.M., one of the occupants living at the TARGET LOCATION, Marguerite Ybarra Ramirez, was provided the opportunity to take medication related to her health problems.  SA Cook advised the other occupants that they were free to leave if they wished, however, the case agent would like an opportunity to speak with them before they did.  SA Cook also verified that nobody else needed to take medication.

    At approximately 8:30 A.M., Marguerite Ybarra Ramirez and her boyfriend Jose Last Name Unknown (LNU) left the TARGET LOCATION for a doctor's

Investigation on  03/09/2018  at  Anaheim, California, United States (In Person)

File #  305I-LA-2477616                                             Date drafted  03/09/2018

by  LIV HENG K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

305I-LA-2477616

Continuation of FD-302 of (U) Federal Search Warrant Executed at 3052 West Cherylln Lane, Anaheim, CA 92804 , On 03/09/2018 , Page 2 of 2

appointment. Shortly thereafter at approximately 8:45 A.M., occupant Rene Rodriguez, his girlfriend Christy LNU, and their baby left the TARGET LOCATION. At approximately 9:00 A.M. occupant Cristina Ramirez returned to the TARGET LOCATION to unlock her vehicle for SAFE team members to search.

At approximately 9:35 A.M., SAFE team members departed the residence. A copy of the FD-597 Receipt of Property and a copy of the federal search warrant was left on the dinning table in the TARGET LOCATION. Agents ensured the front door to the TARGET LOCATION was locked before departing the location. Enclosed in a 1A envelope are the FD-597: Receipt for Property Seized from TARGET LOCATION, Evidence Collected Items Log, Photo Log, a sketch of the residence, and a CD containing the search photos.

(**Agent Note**: The FD-597 left at the TARGET LOCATION was signed by TFO Trapp, the FD-597 included in this report was signed by SA Liv. However, the contents on the FD-597 are identical.)

USAO_002390