# EXHIBIT 3



LAST SOLD ON JAN 27, 2022 FOR $497,000

**3052 W Cheryllyn Ln #26**, Anaheim, CA 92804

| $599,166 | 3 | 2 | 1,026 |
|---|---|---|---|
| Redfin Estimate | Beds | Baths | Sq Ft |



**Is this your home?**

Track this home's value and nearby sales activity

I own 3052 W Cheryllyn Ln #26

Sell for top dollar and reach more buyers, all for half the fee.

Estimated Sale Price

**$570,000 – $678,000**

Schedule a selling consultation

It's free, with no obligation — cancel anytime

OR

Get a hassle-free cash offer. No making repairs, showings or uncertainty.

Offer estimate* from
**Opendoor**

**$536,544 – $605,039**

* Your Opendoor offer estimate is not an appraisal. Offer eligibility and purchase price may vary.

Get a cash offer

## About this home

This home is currently off market
Ready to move in. .. .. Just Completed! Just like New! New Flooring. New Kitchen Cabinets. New Kitchen Counter Tops. New Counter Top in Master Bath. New Paint. New Window Coverings. Gated Community in Perfect Location Between 91 and 22 Freeways. This Condo is Has Interior

Show more ⌄

- Condo
- Built in 1982
- $584 Redfin Estimate per sq ft
- 2 garage spaces
- Has A/C
- 79 - Anaheim West of Harbor

Listed by Sherry Shandra • DRE #02111313 • Casa Linda Realtors Inc. • 714-608-0955 (agent)
• casalindarealtor@gmail.com (agent)
Bought with Pam Lee • DRE #01750256 • 24 Hour Real Estate • 562-537-1134 (agent) • PamLeeRealtor@gmail.com (agent)
• 562-861-7257 (broker)
Redfin checked: **8 minutes ago** (June 18, 2024 at 11:59am) • Source: CRMLS #PW21264766

## Redfin Estimate for 3052 W Cheryllyn Ln #26

Redfin has the most accurate online home estimate

**$599,166**

- ▲ **$102K** since sold in January 2022
- ▲ **$7,000** since May



Claim this home to track its value

### Nearby comparable homes

The Redfin Estimate uses 6 recent nearby sales, priced between $515K to $665K.

6/18/24, 12:07 PM    3052 W Cheryllyn Ln #26, Anaheim, CA 92804 | Trulia

&lt; Anaheim                              trulia                                    ≡

OFF MARKET                                          Hide     Share   Save 

19

Listed by Sherry Shandra, Casa Linda Realtors Inc., (714) 608-0955 . Bought with 24 Hour Real Estate

### 3052 W Cheryllyn Ln #26
Anaheim, CA 92804  West Anaheim

**$578,200**                                        🛏 3 Beds
Trulia Estimate ⓘ                                   🛁 2 Baths
as of Jun 18, 2024                                  📐 **1,026 sqft**
Est. Refi. Payment $3,585/mo*

$ **Refinance Your Home**

## Homes for Sale Near 3052 W Cheryllyn Ln #26

      

| $598,888 | $560,000 | $599,900 ↑ | $589,000 ↓ |
|---|---|---|---|
| 🛏 3bd 🛁 2ba 📐 1,251 sqft | 🛏 2bd 🛁 2ba 📐 1,073 sqft | 🛏 2bd 🛁 2ba 📐 1,072 sqft | 🛏 3bd 🛁 2ba 📐 1,272 sqft |
| 10395 W Briar Oaks Dr #E, Stanton, CA 90680 | 10411 E Briar Oaks Dr, Stanton, CA 90680 | 232 S Aron Pl, Anaheim, CA 92804 | 9166 Cerritos Ave #102, Anaheim, CA 92804 |
| EXP REALTY OF CALIFORNIA INC | REDPOINT REALTY | REALTY ONE GROUP WEST | COLDWELL BANKER LEADERS |

### Local Information

**Map**    Schools    Shop & Eat

  



1 of 19

3 bd | 2 ba | **1,026 sqft**

3052 W Cheryllyn Ln #26, Anaheim, CA 92804

Sold
: **$497,000** | Sold on 01/27/22 | Zestimate®: **$578,200**

Est. refi payment: $3,521/mo

 Refinance your loan

**Home value** | Owner tools | Home details



Zillow Home Loans

**Get pre-qualified for a loan**

At Zillow Home Loans, we can pre-qualify you in as little as 3 minutes with no impact to your credit score.

**Start now**

An equal housing lender. NMLS #10287.

Listing Provided by:
Sherry Shandra DRE #02111313
Casa Linda Realtors Inc.

## Home value



Zestimate

# $578,200

 Zestimate range