# EXHIBIT 4

**[Manually filed - Defendant's Motion to Suppress Defendant's Statements]**