# EXHIBIT 5

**[Manually filed - Defendant's Motion to Suppress Defendant's Statements]**