# EXHIBIT 6

**[Manually filed - Defendant's Motion to Suppress Defendant's Statements]**