# EXHIBIT 2

**[Manually filed - Defendant's Motion to Suppress Evidence Obtained in Violation of the Fourth Amendment]**