# EXHIBIT 4

1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   Assistant United States Attorney
4  STACEY R. FERNANDEZ (California State Bar No. 277277)
   Special Assistant United States Attorney
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-3152
        Facsimile: (213) 894-3713
8       E-mail:    Stacey.Fernandez@usdoj.gov

9  Attorneys for Applicant
   UNITED STATES OF AMERICA
10
                    UNITED STATES DISTRICT COURT
11
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| IN RE SEARCH WARRANT FOR DIGITAL DEVICES SEIZED ON OR ABOUT March 9, 2018 FROM THE PROPERTY LOCATED AT 3052 W. CHERYLLYN LANE, ANAHEIM, CA 92804 | No. 2:18-MJ-00484<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR A SECOND EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF STACEY R. FERNANDEZ<br><br>**(UNDER SEAL)** |

18       The United States of America, by and through its counsel of

19  record, Special Assistant United States Attorney ("SAUSA") Stacey R.

20  Fernandez, hereby applies for an order to extend, by an additional 90

21  days the time within which it may retain and search digital devices

22  seized pursuant to the above-entitled federal search warrant,

23  specifically, up to and including March 10, 2019.

24  ///

25  ///

26  ///

27

28

USAO_000571

1    This application is based on the attached declaration of Special

2  Assistant United States Attorney Stacey R. Fernandez, and the files

3  and records of this case, including the underlying search warrant and

4  affidavit in support thereof.

5   Dated: December 10, 2018          Respectfully submitted,

6                                     NICOLA T. HANNA
                                      United States Attorney
7
                                      LAWRENCE S. MIDDLETON
8                                     Assistant United States Attorney
                                      Chief, Criminal Division
9

10   _____
                                      STACEY R. FERNANDEZ
11                                    Special Assistant United States
                                      Attorney
12
                                      Attorneys for Applicant
13                                    UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    **DECLARATION OF STACEY R. FERNANDEZ**

2        I, Stacey R. Fernandez, do hereby declare:

3        1.    I am a Special Assistant United States Attorney assigned to

4    this investigation for United States Attorney's Office for the

5    Central District of California.

6    **I.    PURPOSE OF AFFIDAVIT**

7        2.    This declaration is made in support of the request for an

8    extension order to permit the government to retain and search for an

9    additional 90 days the following digital devices seized pursuant to

10   the warrant described below (the "SUBJECT DIGITAL DEVICES"):

11           a.    Black LG Android cell phone, Model Number LGLS991,

12   IMEI Number 357355062960973, with cord;

13           b.    Silver Samsung cell phone with broken screen, Model

14   Number SM-J327P; and

15           c.    Gold LG Cell Phone with broken screen, Model Number

16   LS990, Serial Number 410KPVH0351583.

17       3.    Based on my conversations with Task Force officer ("TFO")

18   Bernell E. Trapp, Special Agent Amy Whitman, and my assistance with

19   the underlying search warrant application, I know the following:

20   **II.   DIGITAL DEVICES SEIZED PURSUANT TO A MARCH 5, 2018 SEARCH**

21       **WARRANT**

22       4.    On or about March 5, 2018, TFO Trapp obtained a federal

23   search warrant issued by the Honorable Rozella A. Oliver, United

24   States Magistrate Judge, authorizing the search of the property

25   located at 3052 W. Cheryllyn Lane, Anaheim, CA 92804 (the "SUBJECT

26   PREMISES").  The warrant, which is incorporated herein by reference,

27   specifically authorized the seizure of digital devices from the

28   SUBJECT PREMISES for a period of 120 days to allow the government to

1   search such devices for evidence of violations of Title 18, United

2   States Code, Sections 2252A(a)(2) (receipt and distribution of child

3   pornography), 2251(d) (advertisement of child pornography), and

4   2252A(a)(5)(B) (possession of child pornography).

5       5.   On or about March 9, 2018, federal agents executed the

6   warrant at the SUBJECT PREMISES and seized a number of digital

7   devices ("the SEIZED DIGITAL DEVICES"), which included the SUBJECT

8   DIGITAL DEVICES.  Based on the terms of the search warrant, the

9   government therefore had until July 7, 2018, to retain and search the

10  SEIZED DIGITAL DEVICES.

11  **III.  INITIAL REVIEW OF THE SEIZED DIGITAL DEVICES**

12      6.   On or about May 5, 2018, forensic specialists from the Los

13  Angeles County Sheriff's Department, High Tech Task Force began to

14  prepare a forensic image of the Silver Samsung cell phone with broken

15  screen, Model Number SM-J327P and the Gold LG Cell Phone with broken

16  screen, Model Number LS990, Serial Number 410KPVH0351583.  After the

17  forensic exams were completed on the two listed cell phones, the

18  forensic specialists discovered numerous images of child pornography.

19  The following is a description of a sample of the images of child

20  pornography that were discovered on the Gold LG Cell Phone with

21  broken screen, Model Number LS990, Serial Number 410KPVH0351583:

22          a.   An image file entitled "1024_x768_bestfit.jpg" shows

23  the torso and legs of a nude prepubescent female. The prepubescent

24  female has her legs spread exposing her vagina. An adult male is

25  anally penetrating the female with his erect penis.

26          b.   An image file entitled "large.jpg" depicts a nude

27  prepubescent female lying on her back. The female's legs are spread

28

2

1   and raised in the air, bent at the knees. The female's vagina and

2   anus are exposed.

3   **IV.    PREVIOUS EXTENSION REQUEST**

4       7.   The underlying search warrant in this matter authorized the

5   government to retain and search the digital devices for 120 days from

6   the date of the execution of the warrant.  Therefore, the time within

7   which the government was authorized to search the digital devices

8   seized on March 9, 2018, was July 7, 2018.  The government halted its

9   review of the SEIZED DIGITAL DEVICES, including the SUBJECT DIGITAL

10  DEVICES, on July 7, 2018.

11      8.   At that time, and as outlined in the government's first <u>ex</u>

12  <u>parte</u> application, <u>see</u> the Clerk's Record for the above-captioned

13  case at docket number seven, the government concluded that additional

14  time was necessary to complete the review of several digital devices,

15  including the SUBJECT DIGITAL DEVICES.

16      9.   Due to a miscommunication between TFO Trapp and me, the

17  government neglected to file the instant <u>ex parte</u> application to

18  extend the time within which the government may retain and search the

19  SEIZED DIGITAL DEVICES prior to the expiration of the initial 120-day

20  review period authorized by the underlying search warrant.

21  Therefore, on October 9, 2018, the Honrable Karen L. Stevens

22  authorized a nunc pro trunc extension of time within which the

23  government could retain digital devices from July 7, 2018, to October

24  10, 2018.  In addition, the Honorable Karen L. Stevens authorized an

25  extension of time within which the government could retain and search

26  digital devices, including the SUBJECT DIGITAL DEVICES, from October

27  10, 2018 to December 9, 2018.

28

3

**V.    CURRENT EXTENSION REQUEST**

1

2      10.   For the following reasons, I am requesting an additional 90

3   days for the government to complete its review of the SUBJECT DIGITAL

4   DEVICES:

5          a.   The SUBJECT DIGITAL DEVICES alone contain

6   approximately 90 gigabytes of data.  The information stored on the

7   cell phones hold an unknown amount of storage, but smart phones can

8   hold several Gigabytes of information, as well as several Gigabytes

9   of deleted information which agents will have to review.  Processing

10  and reviewing all these devices and documenting them is time

11  consuming.

12         b.   To date, the majority of the SEIZED DIGITAL DEVICES

13  have been previewed and no evidence was found.

14         c.   Evidence of the Subject Offenses were found, however,

15  on the SUBJECT DIGITAL DEVICES, and the following additional review

16  is needed:

17             i.   A finalized report for the Gold LG Cell Phone

18  with broken screen, Model Number LS990, Serial Number 410KPVH0351583

19  must be completed;

20             ii.  A forensic image and finalized report must be

21  completed on the Black LG Android Cell Phone, Model Number LGLS991,

22  IMEI Number 357355062960973; and

23             iii. A forensic image and finalized report must be

24  completed on the Silver Samsung cell phone with broken screen, Model

25  Number SM-J327P, which is going to be sent to the FBI Regional

26  Computer Forensic Lab for further forensics.

27  ///

28

4

1          d.    The forensic review of digital devices is also time

2  consuming.  Agents cannot simply turn on the devices and review their

3  contents because merely turning on a device and reviewing its

4  contents changes the data.  Specialized extraction software is

5  therefore needed to ensure that evidence remains in a pristine and

6  usable condition, and is not affected by the review process.  The

7  review also must be conducted by agents who have received specialized

8  training to ensure that the review is done thoroughly and in a

9  forensically sound fashion.  This process takes substantial time.

10  Further, the number of digital devices, the amount of time for the

11  computer systems to read the data for viewing, and for the

12  investigator to view and "bookmark," or label, the images of

13  contraband as evidence are tasks which require a significant amount

14  of time and more time than is presently available.

15      11.  For these reasons, agents have not been able to complete

16  the review in the time allotted.  I am therefore requesting an

17  extension of 90 days, until March 10, 2019, in order to conduct the

18  search of the SUBJECT DIGITAL DEVICES.

19  I declare under penalty of perjury under the laws of the United

20  States of America that the foregoing is true and correct and that

21  this declaration is executed at Los Angeles, California, on December

22  10, 2018.

23                            _____

24                            STACEY R. FERNANDEZ
                             Special Assistant United States
25                            Attorney

26

27

28

5

USAO_000577