# EXHIBIT 5

```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    Assistant United States Attorney
 4  SARA B. MILSTEIN (California State Bar No. 313370)
    Assistant United States Attorney
 5  Violent and Organized Crime Section
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-8611
         Facsimile: (213) 894-3713
 8       E-mail:    Sara.Milstein@usdoj.gov

 9  Attorneys for Applicant
    UNITED STATES OF AMERICA
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE SEARCH WARRANT FOR DIGITAL DEVICES SEIZED ON OR ABOUT March 9, 2018 FROM THE PROPERTY LOCATED AT 3052 W. CHERYLLYN LANE, ANAHEIM, CA 92804 | No. 2:18-MJ-00484<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR A THIRD EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES; DECLARATION OF SARA B. MILSTEIN<br><br>**(UNDER SEAL)** |
|---|---|

The United States of America, by and through its counsel of record, Assistant United States Attorney ("AUSA") Sara Milstein, hereby applies for an order to extend, by an additional 90 days, the time within which it may retain and search digital devices seized pursuant to the above-entitled federal search warrant.

//
//
//
//
//
//

1  This application is based on the attached declaration of AUSA
2  Sara Milstein, and the files and records of this case, including the
3  underlying search warrant and affidavit in support thereof.

Dated: March 6, 2019                    Respectfully submitted,

                                        NICOLA T. HANNA
                                        United States Attorney

                                        LAWRENCE S. MIDDLETON
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        _____
                                        SARA B. MILSTEIN
                                        Assistant United States Attorney

                                        Attorneys for Applicant
                                        UNITED STATES OF AMERICA

USAO_000582

**DECLARATION OF SARA B. MILSTEIN**

I, Sara B. Milstein, declare as follows:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

I. **PURPOSE OF AFFIDAVIT**

2. This declaration is made in support of the request for an extension order to permit the government to retain and search for an additional 90 days the following three digital devices seized pursuant to the warrant described below (collectively, the "SUBJECT DIGITAL DEVICES"):

    a. Black LG Android cell phone, Model Number LGLS991, IMEI Number 357355062960973, with cord;

    b. Silver Samsung cell phone with broken screen, Model Number SM-J327P; and

    c. Gold LG Cell Phone with broken screen, Model Number LS990, Serial Number 410KPVH0351583;

II. **PROCEDURAL HISTORY**

3. Based on my conversations with Federal Bureau of Investigation ("FBI") Special Agent Amy Whitman, I know the following:

    **A. The SUBJECT DIGITAL DEVICES are Seized Pursuant to a Federal Search Warrant**

4. On or about March 5, 2018, TFO Trapp obtained a federal search warrant issued by the Honorable Rozella A. Oliver, United States Magistrate Judge, authorizing the search of the property located at 3052 W. Cheryllyn Lane, Anaheim, CA 92804 (the "SUBJECT PREMISES"). The warrant, which is incorporated herein by reference,

specifically authorized the seizure of digital devices from the SUBJECT PREMISES for a period of 120 days to allow the government to search such devices for evidence of violations of Title 18, United States Code, Sections 2252A(a)(2) (receipt and distribution of child pornography), 2251(d) (advertisement of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

5. On or about March 9, 2018, federal agents executed the warrant at the SUBJECT PREMISES and seized numerous digital devices (the "SEIZED DIGITAL DEVICES"). The SUBJECT DIGITAL DEVICES were among the SEIZED DIGITAL DEVICES. Based on the terms of the search warrant, the government therefore had until July 7, 2018, to retain and search the SEIZED DIGITAL DEVICES.

B. **Previous Extension Requests**

6. The underlying search warrant in this matter authorized the government to retain and search the digital devices for 120 days from the date of the execution of the warrant. Therefore, the time within which the government was authorized to search the digital devices seized on March 9, 2018, was July 7, 2018. The government halted its review of the SEIZED DIGITAL DEVICES, including the SUBJECT DIGITAL DEVICES, on July 7, 2018.

7. At that time, and as outlined in the government's first ex parte application (Dkt. 7), the government concluded that additional time was necessary to complete the review of several digital devices, including the SUBJECT DIGITAL DEVICES.

8. Due to a miscommunication between TFO Trapp and SAUSA Stacey R. Fernandez, the government neglected to file an application to extend the time within which the government may retain and search

USAO_000584

the SEIZED DIGITAL DEVICES prior to the expiration of the initial 120-day review period authorized by the underlying search warrant.

9.   On October 9, 2018, a nunc pro tunc extension to search the SUBJECT DIGITAL DEVICES was sought and granted from July 7, 2018 to October 10, 2018, as well as an additional 60 days from October 10, 2018 to December 9, 2018 by the Honorable Karen L. Stevenson.

10.   On December 10, 2018, an extension to search the SUBJECT DIGITAL DEVICES was sought and granted for an additional 90 days from December 10, 2018 to March 10, 2019 by the Honorable Paul L. Abrams.

11.   To date, federal agents have completed searches of all SEIZED DIGITAL DEVICES except the three SUBJECT DIGITAL DEVICES.

**III. CURRENT EXTENSION REQUEST**

   **A.   Pending Review of the SUBJECT DIGITAL DEVICES Reveals that the Subject Devices Contain Child Pornography**

12.   From my conversations with FBI Special Agent Amy Whitman, I know that federal agents believe that the SUBJECT DIGITAL DEVICES contain child pornography based, in part, on the following:

   a.   On or about May 5, 2018, forensic specialists from the Los Angeles County Sheriff's Department, High Tech Task Force began to prepare a forensic image of the Silver Samsung cell phone with broken screen, Model Number SM-J327P and the Gold LG Cell Phone with broken screen, Model Number LS990, Serial Number 410KPVH0351583. After the forensic exams were completed on the two listed cell phones, the forensic specialists discovered numerous images of child pornography.  The following is a description of a sample of the images of child pornography that were discovered on the Gold LG Cell Phone with broken screen, Model Number LS990, Serial Number 410KPVH0351583:

3

USAO_000585

i. An image file entitled "1024_x768_bestfit.jpg" shows the torso and legs of a nude prepubescent female. The prepubescent female has her legs spread exposing her vagina. An adult male is anally penetrating the female with his erect penis.

ii. An image file entitled "large.jpg" depicts a nude prepubescent female lying on her back. The female's legs are spread and raised in the air, bent at the knees. The female's vagina and anus are exposed.

13. For the following reasons, I am requesting an additional 90 days for the government to complete its review of the SUBJECT DIGITAL DEVICES:

a. The SUBJECT DIGITAL DEVICES alone contain approximately 90 gigabytes of data. The information stored on the cell phones hold an unknown amount of storage, but smart phones can hold several Gigabytes of information, as well as several Gigabytes of deleted information which agents will have to review. Processing and reviewing all these devices and documenting them is time consuming.

b. To date, the majority of the SEIZED DIGITAL DEVICES have been previewed and no evidence was found.

c. Evidence of the Subject Offenses were found on the SUBJECT DIGITAL DEVICES, however, the following additional review is needed:

i. A finalized report for the Gold LG Cell Phone with broken screen, Model Number LS990, Serial Number 410KPVH0351583 must be completed;

4

1            ii. A finalized report must be completed on the Black
2    LG Android Cell Phone, Model Number LGLS991, IMEI Number
3    357355062960973; and
4            iii. A finalized report must be completed on the
5    Silver Samsung cell phone with broken screen, Model Number SM-J327P.
6         d.   The forensic review of digital devices is also time
7    consuming. Agents cannot simply turn on the devices and review their
8    contents because merely turning on a device and reviewing its
9    contents changes the data. Specialized extraction software is
10   therefore needed to ensure that evidence remains in a pristine and
11   usable condition, and is not affected by the review process. The
12   review also must be conducted by agents who have received specialized
13   training to ensure that the review is done thoroughly and in a
14   forensically sound fashion. This process takes substantial time.
15   Further, the number of digital devices, the amount of time for the
16   computer systems to read the data for viewing, and for the
17   investigator to view and "bookmark," or label, the images of
18   contraband as evidence are tasks which require a significant amount
19   of time and more time than is presently available.
20        14.  For these reasons, agents have not been able to complete
21   the review in the time allotted. I am therefore requesting an
22   extension of 90 days from March 11, 2019 -- that is, until June 9,
23   2019, in order to conduct the search of the SUBJECT DIGITAL DEVICES.
24   //
25   //
26   //
27   //
28   //

1  I declare under penalty of perjury under the laws of the United
2  States of America that the foregoing is true and correct and that
3  this declaration is executed at Los Angeles, California, on March 6,
4  2019.

_____
SARA B. MILSTEIN