# EXHIBIT 9



# Emergency Disclosure Request Response

We have received your Emergency Disclosure Request for the Kik username listed below. We have enclosed data detailing the most basic subscriber information, and the most recent 30 days of IP addresses if available associated with the Kik username you provided. The "Timestamp (full)" timestamps in the information below are in UTC; the "Timestamp (millis)" is in Unix time (GMT). Please note that the requested data may not be available for Kik users who have been inactive for the past 30 days prior to the date of this report. We hope this information will assist you with your investigation.

**PLEASE NOTE:** A glossary of terms will be provided, which includes an explanation of the terms and data included in this response.

---

Date:       August 13, 2017

First Name: Rusty

Last Name:  Griswold

Email:      hmaneuver123@gmail.com (confirmed)

Username:   talleyho14

---

| | | |
|---|---|---|
| 2017/07/31 22:35:48 UTC | PROFILE_PIC_URL | http://profilepics.kik.com/FOgj7xvLSlqOHSyrO6uW1QAcrnw/orig.jpg (40113 bytes) - original MD5: 5919BAA156C92E78100A0CA48DFDB540, scaled MD5: FCA000C4D8FCD4BCBA6C738907C3C9D7 |
| 2017/07/31 22:35:48 UTC | PROFILE_PIC_URL | http://profilepics.kik.com/FOgj7xvLSlqOHSyrO6uW1QAcrnw/thumb.jpg (4473 bytes) - original MD5: 5919BAA156C92E78100A0CA48DFDB540, scaled MD5: 17FC3ED671CBDF85DE15505F97CE06D7 |
| 2017/07/29 19:05:24 UTC | USER_LOCALE | en |
| 2017/06/01 23:25:14 UTC | REGISTRATION_TIMESTAMP | 2017/06/01 18:25:14 |
| 2017/08/13 18:17:38 UTC | CLIENT_VERSION | 11.25.1.18443 |

2017/06/01 23:25:14 UTC REGISTRATION_EMAIL          REGISTRATION_EMAIL="hmaneuver123@gmail.com"

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO challenge=

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO country-code=US

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO device-type=iphone

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO enterprise=false

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO model=iPhone

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO prefix=CIP

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO system-version=10.1.1

2017/07/31 22:25:12 UTC REGISTRATION_CLIENT_INFO version=11.25.1.18443

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO android-id=77ed5a523552dc9

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO android-sdk=22

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO brand=ZTE

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO install-date=1496359401217

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO install-referrer=utm_source=google-play&amp;utm_medium=organic

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO lang=en_US

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO logins-since-install=0

2017/06/01 23:25:14 UTC REGISTRATION_CLIENT_INFO registrations-since-install=0

2017/08/13 18:17:38 UTC USER_LOCATION              US (tz: Unknown, ip: 173.117.69.77)

---

| Date/time | Timestamp | Device | Extra data |
|---|---|---|---|
| 2017/07/29 19:05:24 UTC | 1501355124103 | CIP | "ip":"173.117.76.60", "remotePort":"62949", "chatNetwork":"Unknown" |
| 2017/07/30 17:49:18 UTC | 1501436958689 | CIP | "ip":"173.117.55.204", "remotePort":"63614", "chatNetwork":"Unknown" |
| 2017/07/31 00:55:54 UTC | 1501462554198 | CIP | "ip":"173.117.32.235", "remotePort":"63777", "chatNetwork":"Unknown" |
| 2017/07/31 01:32:29 UTC | 1501464749888 | CIP | "ip":"173.117.32.235", "remotePort":"63958", "chatNetwork":"Unknown" |
| 2017/07/31 01:53:36 UTC | 1501466016035 | CIP | "ip":"172.90.36.99", "remotePort":"64032", "chatNetwork":"Unknown" |

USAO_002818

| | | | |
|---|---|---|---|
| 2017/07/31 01:56:57 UTC | 1501466217431 | CIP | "ip":"172.90.36.99", "remotePort":"64072", "chatNetwork":"Unknown" |
| 2017/07/31 02:53:16 UTC | 1501469596864 | CIP | "ip":"172.90.36.99", "remotePort":"64253", "chatNetwork":"Unknown" |
| 2017/07/31 03:22:08 UTC | 1501471328409 | CIP | "ip":"172.90.36.99", "remotePort":"64269", "chatNetwork":"Unknown" |
| 2017/07/31 03:22:46 UTC | 1501471366287 | CIP | "ip":"172.90.36.99", "remotePort":"64278", "chatNetwork":"Unknown" |
| 2017/07/31 16:46:47 UTC | 1501519607063 | CIP | "ip":"172.90.36.99", "remotePort":"64362", "chatNetwork":"Unknown" |
| 2017/07/31 22:25:14 UTC | 1501539914570 | CIP | "ip":"173.117.118.95", "remotePort":"64542", "chatNetwork":"Unknown" |
| 2017/07/31 22:43:34 UTC | 1501541014250 | CIP | "ip":"173.117.118.95", "remotePort":"65429", "chatNetwork":"Unknown" |
| 2017/07/31 23:44:25 UTC | 1501544665867 | CIP | "ip":"173.117.101.70", "remotePort":"65446", "chatNetwork":"Unknown" |
| 2017/08/01 01:23:03 UTC | 1501550583676 | CIP | "ip":"184.254.193.89", "remotePort":"49163", "chatNetwork":"Unknown" |
| 2017/08/01 01:40:25 UTC | 1501551625518 | CIP | "ip":"184.254.193.89", "remotePort":"49300", "chatNetwork":"Unknown" |
| 2017/08/01 01:46:28 UTC | 1501551988139 | CIP | "ip":"184.254.193.89", "remotePort":"49315", "chatNetwork":"Unknown" |
| 2017/08/01 01:50:31 UTC | 1501552231280 | CIP | "ip":"184.254.193.89", "remotePort":"49324", "chatNetwork":"Unknown" |
| 2017/08/01 02:25:09 UTC | 1501554309143 | CIP | "ip":"172.90.36.99", "remotePort":"49340", "chatNetwork":"Unknown" |
| 2017/08/01 02:54:54 UTC | 1501556094543 | CIP | "ip":"172.90.36.99", "remotePort":"49345", "chatNetwork":"Unknown" |
| 2017/08/01 03:11:23 UTC | 1501557083456 | CIP | "ip":"172.90.36.99", "remotePort":"49351", "chatNetwork":"Unknown" |
| 2017/08/01 03:18:57 UTC | 1501557537377 | CIP | "ip":"172.90.36.99", "remotePort":"49355", "chatNetwork":"Unknown" |
| 2017/08/01 03:35:08 UTC | 1501558508464 | CIP | "ip":"172.90.36.99", "remotePort":"49363", "chatNetwork":"Unknown" |
| 2017/08/01 03:35:38 UTC | 1501558538036 | CIP | "ip":"172.90.36.99", "remotePort":"49369", "chatNetwork":"Unknown" |
| 2017/08/01 03:35:55 UTC | 1501558555609 | CIP | "ip":"172.90.36.99", "remotePort":"49373", "chatNetwork":"Unknown" |
| 2017/08/01 03:36:06 UTC | 1501558566101 | CIP | "ip":"172.90.36.99", "remotePort":"49376", "chatNetwork":"Unknown" |
| 2017/08/01 03:39:29 UTC | 1501558769298 | CIP | "ip":"172.90.36.99", "remotePort":"49379", "chatNetwork":"Unknown" |
| 2017/08/01 03:39:42 UTC | 1501558782554 | CIP | "ip":"172.90.36.99", "remotePort":"49383", "chatNetwork":"Unknown" |
| 2017/08/01 03:39:49 UTC | 1501558789500 | CIP | "ip":"172.90.36.99", "remotePort":"49386", "chatNetwork":"Unknown" |
| 2017/08/01 03:39:55 UTC | 1501558795034 | CIP | "ip":"172.90.36.99", "remotePort":"49390", "chatNetwork":"Unknown" |
| 2017/08/01 03:40:08 UTC | 1501558808437 | CIP | "ip":"172.90.36.99", "remotePort":"49394", "chatNetwork":"Unknown" |

USAO_002819

2017/08/01 03:40:27 UTC 1501558827006 CIP    "ip":"172.90.36.99", "remotePort":"49398", "chatNetwork":"Unknown"

2017/08/01 03:40:34 UTC 1501558834293 CIP    "ip":"172.90.36.99", "remotePort":"49400", "chatNetwork":"Unknown"

2017/08/01 03:40:52 UTC 1501558852204 CIP    "ip":"172.90.36.99", "remotePort":"49404", "chatNetwork":"Unknown"

2017/08/01 03:41:28 UTC 1501558888308 CIP    "ip":"172.90.36.99", "remotePort":"49406", "chatNetwork":"Unknown"

2017/08/01 03:41:35 UTC 1501558895988 CIP    "ip":"172.90.36.99", "remotePort":"49411", "chatNetwork":"Unknown"

2017/08/01 03:41:50 UTC 1501558910414 CIP    "ip":"172.90.36.99", "remotePort":"49414", "chatNetwork":"Unknown"

2017/08/01 03:42:00 UTC 1501558920268 CIP    "ip":"172.90.36.99", "remotePort":"49417", "chatNetwork":"Unknown"

2017/08/01 03:42:31 UTC 1501558951009 CIP    "ip":"172.90.36.99", "remotePort":"49420", "chatNetwork":"Unknown"

2017/08/01 03:43:22 UTC 1501559002021 CIP    "ip":"172.90.36.99", "remotePort":"49424", "chatNetwork":"Unknown"

2017/08/01 03:43:28 UTC 1501559008147 CIP    "ip":"172.90.36.99", "remotePort":"49427", "chatNetwork":"Unknown"

2017/08/01 03:44:31 UTC 1501559071318 CIP    "ip":"172.90.36.99", "remotePort":"49430", "chatNetwork":"Unknown"

2017/08/01 03:44:52 UTC 1501559092423 CIP    "ip":"172.90.36.99", "remotePort":"49433", "chatNetwork":"Unknown"

2017/08/01 03:45:17 UTC 1501559117821 CIP    "ip":"172.90.36.99", "remotePort":"49437", "chatNetwork":"Unknown"

2017/08/01 03:46:06 UTC 1501559166989 CIP    "ip":"172.90.36.99", "remotePort":"49439", "chatNetwork":"Unknown"

2017/08/01 03:46:16 UTC 1501559176094 CIP    "ip":"172.90.36.99", "remotePort":"49443", "chatNetwork":"Unknown"

2017/08/01 03:46:37 UTC 1501559197757 CIP    "ip":"172.90.36.99", "remotePort":"49447", "chatNetwork":"Unknown"

2017/08/01 03:46:46 UTC 1501559206281 CIP    "ip":"172.90.36.99", "remotePort":"49449", "chatNetwork":"Unknown"

2017/08/01 03:47:51 UTC 1501559271507 CIP    "ip":"172.90.36.99", "remotePort":"49453", "chatNetwork":"Unknown"

2017/08/01 03:48:27 UTC 1501559307258 CIP    "ip":"172.90.36.99", "remotePort":"49456", "chatNetwork":"Unknown"

2017/08/01 03:48:39 UTC 1501559319963 CIP    "ip":"172.90.36.99", "remotePort":"49460", "chatNetwork":"Unknown"

2017/08/01 03:49:11 UTC 1501559351667 CIP    "ip":"172.90.36.99", "remotePort":"49463", "chatNetwork":"Unknown"

2017/08/01 03:49:35 UTC 1501559375018 CIP    "ip":"172.90.36.99", "remotePort":"49467", "chatNetwork":"Unknown"

2017/08/01 03:53:16 UTC 1501559596372 CIP    "ip":"172.90.36.99", "remotePort":"49471", "chatNetwork":"Unknown"

2017/08/01 03:53:29 UTC 1501559609058 CIP    "ip":"172.90.36.99", "remotePort":"49473", "chatNetwork":"Unknown"

2017/08/01 03:54:08 UTC 1501559648048 CIP    "ip":"172.90.36.99", "remotePort":"49476", "chatNetwork":"Unknown"

USAO_002820

2017/08/01 03:54:24 UTC 1501559664533 CIP    "ip":"172.90.36.99", "remotePort":"49479", "chatNetwork":"Unknown"

2017/08/01 03:54:30 UTC 1501559670248 CIP    "ip":"172.90.36.99", "remotePort":"49483", "chatNetwork":"Unknown"

2017/08/01 03:55:35 UTC 1501559735480 CIP    "ip":"172.90.36.99", "remotePort":"49485", "chatNetwork":"Unknown"

2017/08/01 03:55:38 UTC 1501559738937 CIP    "ip":"172.90.36.99", "remotePort":"49489", "chatNetwork":"Unknown"

2017/08/01 03:56:11 UTC 1501559771397 CIP    "ip":"172.90.36.99", "remotePort":"49492", "chatNetwork":"Unknown"

2017/08/01 03:57:41 UTC 1501559861031 CIP    "ip":"172.90.36.99", "remotePort":"49496", "chatNetwork":"Unknown"

2017/08/01 03:57:54 UTC 1501559874545 CIP    "ip":"172.90.36.99", "remotePort":"49500", "chatNetwork":"Unknown"

2017/08/01 03:58:07 UTC 1501559887654 CIP    "ip":"172.90.36.99", "remotePort":"49503", "chatNetwork":"Unknown"

2017/08/01 03:58:13 UTC 1501559893927 CIP    "ip":"172.90.36.99", "remotePort":"49507", "chatNetwork":"Unknown"

2017/08/01 03:58:38 UTC 1501559918973 CIP    "ip":"172.90.36.99", "remotePort":"49509", "chatNetwork":"Unknown"

2017/08/01 03:59:23 UTC 1501559963553 CIP    "ip":"172.90.36.99", "remotePort":"49512", "chatNetwork":"Unknown"

2017/08/01 03:59:43 UTC 1501559983553 CIP    "ip":"172.90.36.99", "remotePort":"49516", "chatNetwork":"Unknown"

2017/08/01 04:00:09 UTC 1501560009705 CIP    "ip":"172.90.36.99", "remotePort":"49519", "chatNetwork":"Unknown"

2017/08/01 04:00:17 UTC 1501560017185 CIP    "ip":"172.90.36.99", "remotePort":"49523", "chatNetwork":"Unknown"

2017/08/01 04:01:04 UTC 1501560064102 CIP    "ip":"172.90.36.99", "remotePort":"49525", "chatNetwork":"Unknown"

2017/08/01 04:01:22 UTC 1501560082194 CIP    "ip":"172.90.36.99", "remotePort":"49529", "chatNetwork":"Unknown"

2017/08/01 04:01:28 UTC 1501560088011 CIP    "ip":"172.90.36.99", "remotePort":"49532", "chatNetwork":"Unknown"

2017/08/01 04:01:52 UTC 1501560112762 CIP    "ip":"172.90.36.99", "remotePort":"49538", "chatNetwork":"Unknown"

2017/08/01 04:03:33 UTC 1501560213995 CIP    "ip":"172.90.36.99", "remotePort":"49540", "chatNetwork":"Unknown"

2017/08/01 04:04:41 UTC 1501560281576 CIP    "ip":"172.90.36.99", "remotePort":"49544", "chatNetwork":"Unknown"

2017/08/01 04:05:39 UTC 1501560339131 CIP    "ip":"172.90.36.99", "remotePort":"49548", "chatNetwork":"Unknown"

2017/08/01 04:08:00 UTC 1501560480230 CIP    "ip":"172.90.36.99", "remotePort":"49552", "chatNetwork":"Unknown"

2017/08/01 04:16:23 UTC 1501560983606 CIP    "ip":"172.90.36.99", "remotePort":"49556", "chatNetwork":"Unknown"

2017/08/01 04:19:47 UTC 1501561187794 CIP    "ip":"172.90.36.99", "remotePort":"49560", "chatNetwork":"Unknown"

2017/08/01 04:20:28 UTC 1501561228693 CIP    "ip":"172.90.36.99", "remotePort":"49564", "chatNetwork":"Unknown"

USAO_002821

2017/08/01 04:20:33 UTC 1501561233919 CIP    "ip":"172.90.36.99", "remotePort":"49570", "chatNetwork":"Unknown"

2017/08/01 04:21:08 UTC 1501561268525 CIP    "ip":"172.90.36.99", "remotePort":"49572", "chatNetwork":"Unknown"

2017/08/01 04:21:32 UTC 1501561292689 CIP    "ip":"172.90.36.99", "remotePort":"49577", "chatNetwork":"Unknown"

2017/08/01 04:21:49 UTC 1501561309098 CIP    "ip":"172.90.36.99", "remotePort":"49581", "chatNetwork":"Unknown"

2017/08/01 04:27:41 UTC 1501561661100 CIP    "ip":"172.90.36.99", "remotePort":"49583", "chatNetwork":"Unknown"

2017/08/01 04:28:06 UTC 1501561686735 CIP    "ip":"172.90.36.99", "remotePort":"49587", "chatNetwork":"Unknown"

2017/08/01 04:28:20 UTC 1501561700284 CIP    "ip":"172.90.36.99", "remotePort":"49590", "chatNetwork":"Unknown"

2017/08/01 04:28:30 UTC 1501561710395 CIP    "ip":"172.90.36.99", "remotePort":"49593", "chatNetwork":"Unknown"

2017/08/01 04:28:35 UTC 1501561715419 CIP    "ip":"172.90.36.99", "remotePort":"49597", "chatNetwork":"Unknown"

2017/08/01 04:36:28 UTC 1501562188890 CIP    "ip":"172.90.36.99", "remotePort":"49599", "chatNetwork":"Unknown"

2017/08/01 04:51:05 UTC 1501563065050 CIP    "ip":"172.90.36.99", "remotePort":"49605", "chatNetwork":"Unknown"

2017/08/01 04:51:12 UTC 1501563072211 CIP    "ip":"172.90.36.99", "remotePort":"49615", "chatNetwork":"Unknown"

2017/08/01 04:51:52 UTC 1501563112490 CIP    "ip":"172.90.36.99", "remotePort":"49618", "chatNetwork":"Unknown"

2017/08/01 04:52:09 UTC 1501563129291 CIP    "ip":"172.90.36.99", "remotePort":"49622", "chatNetwork":"Unknown"

2017/08/01 04:53:13 UTC 1501563193688 CIP    "ip":"172.90.36.99", "remotePort":"49625", "chatNetwork":"Unknown"

2017/08/01 04:53:18 UTC 1501563198700 CIP    "ip":"172.90.36.99", "remotePort":"49629", "chatNetwork":"Unknown"

2017/08/01 04:54:27 UTC 1501563267618 CIP    "ip":"172.90.36.99", "remotePort":"49633", "chatNetwork":"Unknown"

2017/08/01 04:55:33 UTC 1501563333461 CIP    "ip":"172.90.36.99", "remotePort":"49636", "chatNetwork":"Unknown"

2017/08/01 04:55:41 UTC 1501563341703 CIP    "ip":"172.90.36.99", "remotePort":"49642", "chatNetwork":"Unknown"

2017/08/01 04:56:07 UTC 1501563367794 CIP    "ip":"172.90.36.99", "remotePort":"49644", "chatNetwork":"Unknown"

2017/08/01 04:56:28 UTC 1501563388617 CIP    "ip":"172.90.36.99", "remotePort":"49648", "chatNetwork":"Unknown"

2017/08/01 04:56:55 UTC 1501563415073 CIP    "ip":"172.90.36.99", "remotePort":"49650", "chatNetwork":"Unknown"

2017/08/01 04:57:07 UTC 1501563427677 CIP    "ip":"172.90.36.99", "remotePort":"49654", "chatNetwork":"Unknown"

2017/08/01 04:57:27 UTC 1501563447265 CIP    "ip":"172.90.36.99", "remotePort":"49656", "chatNetwork":"Unknown"

2017/08/01 04:57:51 UTC 1501563471734 CIP    "ip":"172.90.36.99", "remotePort":"49660", "chatNetwork":"Unknown"

USAO_002822

2017/08/01 04:58:59 UTC 1501563539823 CIP    "ip":"172.90.36.99", "remotePort":"49662", "chatNetwork":"Unknown"

2017/08/01 04:59:35 UTC 1501563575337 CIP    "ip":"172.90.36.99", "remotePort":"49666", "chatNetwork":"Unknown"

2017/08/01 04:59:56 UTC 1501563596954 CIP    "ip":"172.90.36.99", "remotePort":"49670", "chatNetwork":"Unknown"

2017/08/01 05:00:11 UTC 1501563611865 CIP    "ip":"172.90.36.99", "remotePort":"49673", "chatNetwork":"Unknown"

2017/08/01 05:00:33 UTC 1501563633914 CIP    "ip":"172.90.36.99", "remotePort":"49676", "chatNetwork":"Unknown"

2017/08/01 05:00:57 UTC 1501563657328 CIP    "ip":"172.90.36.99", "remotePort":"49678", "chatNetwork":"Unknown"

2017/08/01 05:01:07 UTC 1501563667070 CIP    "ip":"172.90.36.99", "remotePort":"49682", "chatNetwork":"Unknown"

2017/08/01 05:05:13 UTC 1501563913355 CIP    "ip":"172.90.36.99", "remotePort":"49684", "chatNetwork":"Unknown"

2017/08/01 05:05:31 UTC 1501563931893 CIP    "ip":"172.90.36.99", "remotePort":"49690", "chatNetwork":"Unknown"

2017/08/01 05:07:46 UTC 1501564066978 CIP    "ip":"172.90.36.99", "remotePort":"49694", "chatNetwork":"Unknown"

2017/08/01 05:08:08 UTC 1501564088795 CIP    "ip":"172.90.36.99", "remotePort":"49698", "chatNetwork":"Unknown"

2017/08/01 05:08:13 UTC 1501564093845 CIP    "ip":"172.90.36.99", "remotePort":"49702", "chatNetwork":"Unknown"

2017/08/01 05:08:25 UTC 1501564105394 CIP    "ip":"172.90.36.99", "remotePort":"49705", "chatNetwork":"Unknown"

2017/08/01 05:08:31 UTC 1501564111532 CIP    "ip":"172.90.36.99", "remotePort":"49708", "chatNetwork":"Unknown"

2017/08/01 05:08:39 UTC 1501564119121 CIP    "ip":"172.90.36.99", "remotePort":"49711", "chatNetwork":"Unknown"

2017/08/01 05:09:20 UTC 1501564160624 CIP    "ip":"172.90.36.99", "remotePort":"49716", "chatNetwork":"Unknown"

2017/08/01 05:09:51 UTC 1501564191296 CIP    "ip":"172.90.36.99", "remotePort":"49720", "chatNetwork":"Unknown"

2017/08/01 05:09:55 UTC 1501564195114 CIP    "ip":"172.90.36.99", "remotePort":"49723", "chatNetwork":"Unknown"

2017/08/01 05:12:39 UTC 1501564359577 CIP    "ip":"172.90.36.99", "remotePort":"49726", "chatNetwork":"Unknown"

2017/08/01 05:14:02 UTC 1501564442586 CIP    "ip":"172.90.36.99", "remotePort":"49730", "chatNetwork":"Unknown"

2017/08/01 05:14:43 UTC 1501564483646 CIP    "ip":"172.90.36.99", "remotePort":"49734", "chatNetwork":"Unknown"

2017/08/01 05:15:32 UTC 1501564532691 CIP    "ip":"172.90.36.99", "remotePort":"49740", "chatNetwork":"Unknown"

2017/08/01 05:15:42 UTC 1501564542550 CIP    "ip":"172.90.36.99", "remotePort":"49745", "chatNetwork":"Unknown"

2017/08/01 05:16:17 UTC 1501564577965 CIP    "ip":"172.90.36.99", "remotePort":"49748", "chatNetwork":"Unknown"

2017/08/01 05:16:41 UTC 1501564601203 CIP    "ip":"172.90.36.99", "remotePort":"49752", "chatNetwork":"Unknown"

USAO_002823

2017/08/01 05:16:46 UTC 1501564606037 CIP    "ip":"172.90.36.99", "remotePort":"49755", "chatNetwork":"Unknown"

2017/08/01 05:17:12 UTC 1501564632809 CIP    "ip":"172.90.36.99", "remotePort":"49758", "chatNetwork":"Unknown"

2017/08/01 05:17:20 UTC 1501564640391 CIP    "ip":"172.90.36.99", "remotePort":"49761", "chatNetwork":"Unknown"

2017/08/01 05:17:30 UTC 1501564650725 CIP    "ip":"172.90.36.99", "remotePort":"49763", "chatNetwork":"Unknown"

2017/08/01 05:18:10 UTC 1501564690316 CIP    "ip":"172.90.36.99", "remotePort":"49766", "chatNetwork":"Unknown"

2017/08/01 05:18:45 UTC 1501564725980 CIP    "ip":"172.90.36.99", "remotePort":"49770", "chatNetwork":"Unknown"

2017/08/01 05:19:41 UTC 1501564781483 CIP    "ip":"172.90.36.99", "remotePort":"49775", "chatNetwork":"Unknown"

2017/08/01 05:20:17 UTC 1501564817558 CIP    "ip":"172.90.36.99", "remotePort":"49779", "chatNetwork":"Unknown"

2017/08/01 05:32:59 UTC 1501565579950 CIP    "ip":"172.90.36.99", "remotePort":"49783", "chatNetwork":"Unknown"

2017/08/01 05:33:03 UTC 1501565583693 CIP    "ip":"172.90.36.99", "remotePort":"49789", "chatNetwork":"Unknown"

2017/08/01 05:33:13 UTC 1501565593972 CIP    "ip":"172.90.36.99", "remotePort":"49793", "chatNetwork":"Unknown"

2017/08/01 05:33:23 UTC 1501565603379 CIP    "ip":"172.90.36.99", "remotePort":"49795", "chatNetwork":"Unknown"

2017/08/01 05:34:10 UTC 1501565650652 CIP    "ip":"172.90.36.99", "remotePort":"49799", "chatNetwork":"Unknown"

2017/08/01 05:35:10 UTC 1501565710173 CIP    "ip":"172.90.36.99", "remotePort":"49802", "chatNetwork":"Unknown"

2017/08/01 05:35:18 UTC 1501565718740 CIP    "ip":"172.90.36.99", "remotePort":"49807", "chatNetwork":"Unknown"

2017/08/01 05:35:22 UTC 1501565722625 CIP    "ip":"172.90.36.99", "remotePort":"49810", "chatNetwork":"Unknown"

2017/08/01 05:35:45 UTC 1501565745690 CIP    "ip":"172.90.36.99", "remotePort":"49814", "chatNetwork":"Unknown"

2017/08/01 05:36:38 UTC 1501565798141 CIP    "ip":"172.90.36.99", "remotePort":"49816", "chatNetwork":"Unknown"

2017/08/01 05:36:54 UTC 1501565814499 CIP    "ip":"172.90.36.99", "remotePort":"49820", "chatNetwork":"Unknown"

2017/08/01 05:37:09 UTC 1501565829909 CIP    "ip":"172.90.36.99", "remotePort":"49824", "chatNetwork":"Unknown"

2017/08/01 05:37:19 UTC 1501565839798 CIP    "ip":"172.90.36.99", "remotePort":"49828", "chatNetwork":"Unknown"

2017/08/01 05:37:55 UTC 1501565875048 CIP    "ip":"172.90.36.99", "remotePort":"49831", "chatNetwork":"Unknown"

2017/08/01 05:38:10 UTC 1501565890125 CIP    "ip":"172.90.36.99", "remotePort":"49835", "chatNetwork":"Unknown"

2017/08/01 05:38:23 UTC 1501565903112 CIP    "ip":"172.90.36.99", "remotePort":"49839", "chatNetwork":"Unknown"

2017/08/01 05:38:34 UTC 1501565914805 CIP    "ip":"172.90.36.99", "remotePort":"49841", "chatNetwork":"Unknown"

USAO_002824

2017/08/01 05:38:49 UTC 1501565929753 CIP    "ip":"172.90.36.99", "remotePort":"49844", "chatNetwork":"Unknown"

2017/08/01 05:39:30 UTC 1501565970518 CIP    "ip":"172.90.36.99", "remotePort":"49849", "chatNetwork":"Unknown"

2017/08/01 05:40:06 UTC 1501566006902 CIP    "ip":"172.90.36.99", "remotePort":"49854", "chatNetwork":"Unknown"

2017/08/01 05:40:16 UTC 1501566016361 CIP    "ip":"172.90.36.99", "remotePort":"49858", "chatNetwork":"Unknown"

2017/08/01 05:41:51 UTC 1501566111634 CIP    "ip":"172.90.36.99", "remotePort":"49861", "chatNetwork":"Unknown"

2017/08/01 05:42:11 UTC 1501566131515 CIP    "ip":"172.90.36.99", "remotePort":"49865", "chatNetwork":"Unknown"

2017/08/01 05:42:16 UTC 1501566136690 CIP    "ip":"172.90.36.99", "remotePort":"49868", "chatNetwork":"Unknown"

2017/08/01 05:42:29 UTC 1501566149331 CIP    "ip":"172.90.36.99", "remotePort":"49872", "chatNetwork":"Unknown"

2017/08/01 05:42:36 UTC 1501566156437 CIP    "ip":"172.90.36.99", "remotePort":"49874", "chatNetwork":"Unknown"

2017/08/01 05:42:51 UTC 1501566171404 CIP    "ip":"172.90.36.99", "remotePort":"49878", "chatNetwork":"Unknown"

2017/08/01 05:42:56 UTC 1501566176023 CIP    "ip":"172.90.36.99", "remotePort":"49880", "chatNetwork":"Unknown"

2017/08/01 05:43:36 UTC 1501566216423 CIP    "ip":"172.90.36.99", "remotePort":"49883", "chatNetwork":"Unknown"

2017/08/01 05:44:01 UTC 1501566241535 CIP    "ip":"172.90.36.99", "remotePort":"49887", "chatNetwork":"Unknown"

2017/08/01 05:44:07 UTC 1501566247132 CIP    "ip":"172.90.36.99", "remotePort":"49890", "chatNetwork":"Unknown"

2017/08/01 05:44:10 UTC 1501566250566 CIP    "ip":"172.90.36.99", "remotePort":"49893", "chatNetwork":"Unknown"

2017/08/01 05:44:15 UTC 1501566255050 CIP    "ip":"172.90.36.99", "remotePort":"49896", "chatNetwork":"Unknown"

2017/08/01 05:44:35 UTC 1501566275334 CIP    "ip":"172.90.36.99", "remotePort":"49899", "chatNetwork":"Unknown"

2017/08/01 05:44:48 UTC 1501566288304 CIP    "ip":"172.90.36.99", "remotePort":"49902", "chatNetwork":"Unknown"

2017/08/01 05:44:55 UTC 1501566295461 CIP    "ip":"172.90.36.99", "remotePort":"49905", "chatNetwork":"Unknown"

2017/08/01 05:44:59 UTC 1501566299465 CIP    "ip":"172.90.36.99", "remotePort":"49909", "chatNetwork":"Unknown"

2017/08/01 05:45:06 UTC 1501566306130 CIP    "ip":"172.90.36.99", "remotePort":"49911", "chatNetwork":"Unknown"

2017/08/01 05:45:41 UTC 1501566341203 CIP    "ip":"172.90.36.99", "remotePort":"49914", "chatNetwork":"Unknown"

2017/08/01 05:45:47 UTC 1501566347807 CIP    "ip":"172.90.36.99", "remotePort":"49918", "chatNetwork":"Unknown"

2017/08/01 05:46:20 UTC 1501566380705 CIP    "ip":"172.90.36.99", "remotePort":"49921", "chatNetwork":"Unknown"

2017/08/01 05:46:34 UTC 1501566394564 CIP    "ip":"172.90.36.99", "remotePort":"49925", "chatNetwork":"Unknown"

USAO_002825

2017/08/01 05:46:43 UTC 1501566403427 CIP   "ip":"172.90.36.99", "remotePort":"49928", "chatNetwork":"Unknown"

2017/08/01 05:47:14 UTC 1501566434455 CIP   "ip":"172.90.36.99", "remotePort":"49931", "chatNetwork":"Unknown"

2017/08/01 05:48:04 UTC 1501566484189 CIP   "ip":"172.90.36.99", "remotePort":"49935", "chatNetwork":"Unknown"

2017/08/01 05:48:22 UTC 1501566502707 CIP   "ip":"172.90.36.99", "remotePort":"49939", "chatNetwork":"Unknown"

2017/08/01 05:48:49 UTC 1501566529838 CIP   "ip":"172.90.36.99", "remotePort":"49943", "chatNetwork":"Unknown"

2017/08/01 05:49:11 UTC 1501566551099 CIP   "ip":"172.90.36.99", "remotePort":"49945", "chatNetwork":"Unknown"

2017/08/01 05:51:33 UTC 1501566693049 CIP   "ip":"172.90.36.99", "remotePort":"49949", "chatNetwork":"Unknown"

2017/08/01 05:51:37 UTC 1501566697835 CIP   "ip":"172.90.36.99", "remotePort":"49952", "chatNetwork":"Unknown"

2017/08/01 05:52:34 UTC 1501566754962 CIP   "ip":"172.90.36.99", "remotePort":"49956", "chatNetwork":"Unknown"

2017/08/01 05:53:27 UTC 1501566807048 CIP   "ip":"172.90.36.99", "remotePort":"49961", "chatNetwork":"Unknown"

2017/08/01 05:54:18 UTC 1501566858766 CIP   "ip":"172.90.36.99", "remotePort":"49965", "chatNetwork":"Unknown"

2017/08/01 05:54:30 UTC 1501566870268 CIP   "ip":"172.90.36.99", "remotePort":"49971", "chatNetwork":"Unknown"

2017/08/01 05:54:55 UTC 1501566895199 CIP   "ip":"172.90.36.99", "remotePort":"49974", "chatNetwork":"Unknown"

2017/08/01 05:55:09 UTC 1501566909597 CIP   "ip":"172.90.36.99", "remotePort":"49978", "chatNetwork":"Unknown"

2017/08/01 06:16:06 UTC 1501568166930 CIP   "ip":"172.90.36.99", "remotePort":"49980", "chatNetwork":"Unknown"

2017/08/01 06:16:13 UTC 1501568173909 CIP   "ip":"172.90.36.99", "remotePort":"49984", "chatNetwork":"Unknown"

2017/08/01 06:16:56 UTC 1501568216157 CIP   "ip":"172.90.36.99", "remotePort":"49987", "chatNetwork":"Unknown"

2017/08/01 06:16:59 UTC 1501568219451 CIP   "ip":"172.90.36.99", "remotePort":"49991", "chatNetwork":"Unknown"

2017/08/01 06:17:14 UTC 1501568234104 CIP   "ip":"172.90.36.99", "remotePort":"49995", "chatNetwork":"Unknown"

2017/08/01 06:17:28 UTC 1501568248174 CIP   "ip":"172.90.36.99", "remotePort":"49997", "chatNetwork":"Unknown"

2017/08/01 06:18:08 UTC 1501568288107 CIP   "ip":"172.90.36.99", "remotePort":"50000", "chatNetwork":"Unknown"

2017/08/01 06:18:19 UTC 1501568299668 CIP   "ip":"172.90.36.99", "remotePort":"50004", "chatNetwork":"Unknown"

2017/08/01 06:18:41 UTC 1501568321655 CIP   "ip":"172.90.36.99", "remotePort":"50008", "chatNetwork":"Unknown"

2017/08/01 06:20:43 UTC 1501568443913 CIP   "ip":"172.90.36.99", "remotePort":"50010", "chatNetwork":"Unknown"

2017/08/01 06:56:12 UTC 1501570572526 CIP   "ip":"172.90.36.99", "remotePort":"50014", "chatNetwork":"Unknown"

USAO_002826

2017/08/01 06:57:19 UTC 1501570639523 CIP    "ip":"172.90.36.99", "remotePort":"50019", "chatNetwork":"Unknown"

2017/08/01 06:58:00 UTC 1501570680841 CIP    "ip":"172.90.36.99", "remotePort":"50024", "chatNetwork":"Unknown"

2017/08/01 07:01:32 UTC 1501570892469 CIP    "ip":"172.90.36.99", "remotePort":"50027", "chatNetwork":"Unknown"

2017/08/01 07:02:46 UTC 1501570966521 CIP    "ip":"172.90.36.99", "remotePort":"50031", "chatNetwork":"Unknown"

2017/08/01 07:03:02 UTC 1501570982419 CIP    "ip":"172.90.36.99", "remotePort":"50038", "chatNetwork":"Unknown"

2017/08/01 07:03:06 UTC 1501570986752 CIP    "ip":"172.90.36.99", "remotePort":"50041", "chatNetwork":"Unknown"

2017/08/01 07:04:36 UTC 1501571076930 CIP    "ip":"172.90.36.99", "remotePort":"50046", "chatNetwork":"Unknown"

2017/08/01 07:05:30 UTC 1501571130708 CIP    "ip":"172.90.36.99", "remotePort":"50050", "chatNetwork":"Unknown"

2017/08/01 07:05:54 UTC 1501571154941 CIP    "ip":"172.90.36.99", "remotePort":"50056", "chatNetwork":"Unknown"

2017/08/01 07:06:25 UTC 1501571185817 CIP    "ip":"172.90.36.99", "remotePort":"50063", "chatNetwork":"Unknown"

2017/08/01 07:07:15 UTC 1501571235583 CIP    "ip":"172.90.36.99", "remotePort":"50068", "chatNetwork":"Unknown"

2017/08/01 07:07:30 UTC 1501571250776 CIP    "ip":"172.90.36.99", "remotePort":"50077", "chatNetwork":"Unknown"

2017/08/01 07:07:33 UTC 1501571253904 CIP    "ip":"172.90.36.99", "remotePort":"50082", "chatNetwork":"Unknown"

2017/08/01 07:08:58 UTC 1501571338448 CIP    "ip":"172.90.36.99", "remotePort":"50086", "chatNetwork":"Unknown"

2017/08/01 07:09:29 UTC 1501571369090 CIP    "ip":"172.90.36.99", "remotePort":"50092", "chatNetwork":"Unknown"

2017/08/01 07:10:16 UTC 1501571416149 CIP    "ip":"172.90.36.99", "remotePort":"50096", "chatNetwork":"Unknown"

2017/08/01 07:10:35 UTC 1501571435413 CIP    "ip":"172.90.36.99", "remotePort":"50101", "chatNetwork":"Unknown"

2017/08/01 07:10:59 UTC 1501571459625 CIP    "ip":"172.90.36.99", "remotePort":"50108", "chatNetwork":"Unknown"

2017/08/01 07:11:20 UTC 1501571480191 CIP    "ip":"172.90.36.99", "remotePort":"50112", "chatNetwork":"Unknown"

2017/08/01 07:11:56 UTC 1501571516248 CIP    "ip":"172.90.36.99", "remotePort":"50116", "chatNetwork":"Unknown"

2017/08/01 07:12:25 UTC 1501571545418 CIP    "ip":"172.90.36.99", "remotePort":"50123", "chatNetwork":"Unknown"

2017/08/01 07:13:49 UTC 1501571629935 CIP    "ip":"172.90.36.99", "remotePort":"50128", "chatNetwork":"Unknown"

2017/08/01 07:14:51 UTC 1501571691854 CIP    "ip":"172.90.36.99", "remotePort":"50134", "chatNetwork":"Unknown"

2017/08/01 07:16:07 UTC 1501571767032 CIP    "ip":"172.90.36.99", "remotePort":"50142", "chatNetwork":"Unknown"

2017/08/01 07:16:27 UTC 1501571787472 CIP    "ip":"172.90.36.99", "remotePort":"50148", "chatNetwork":"Unknown"

USAO_002827

2017/08/01 07:16:37 UTC 1501571797135 CIP    "ip":"172.90.36.99", "remotePort":"50151", "chatNetwork":"Unknown"

2017/08/01 07:17:00 UTC 1501571820962 CIP    "ip":"172.90.36.99", "remotePort":"50154", "chatNetwork":"Unknown"

2017/08/01 07:21:32 UTC 1501572092138 CIP    "ip":"172.90.36.99", "remotePort":"50159", "chatNetwork":"Unknown"

2017/08/01 07:21:52 UTC 1501572112986 CIP    "ip":"172.90.36.99", "remotePort":"50168", "chatNetwork":"Unknown"

2017/08/01 07:22:10 UTC 1501572130885 CIP    "ip":"172.90.36.99", "remotePort":"50170", "chatNetwork":"Unknown"

2017/08/01 07:32:37 UTC 1501572757600 CIP    "ip":"172.90.36.99", "remotePort":"50177", "chatNetwork":"Unknown"

2017/08/01 07:33:31 UTC 1501572811200 CIP    "ip":"172.90.36.99", "remotePort":"50181", "chatNetwork":"Unknown"

2017/08/01 07:36:15 UTC 1501572975626 CIP    "ip":"172.90.36.99", "remotePort":"50185", "chatNetwork":"Unknown"

2017/08/01 07:37:14 UTC 1501573034748 CIP    "ip":"172.90.36.99", "remotePort":"50191", "chatNetwork":"Unknown"

2017/08/01 08:18:44 UTC 1501575524750 CIP    "ip":"172.90.36.99", "remotePort":"50196", "chatNetwork":"Unknown"

2017/08/01 08:19:13 UTC 1501575553737 CIP    "ip":"172.90.36.99", "remotePort":"50200", "chatNetwork":"Unknown"

2017/08/01 08:21:03 UTC 1501575663306 CIP    "ip":"172.90.36.99", "remotePort":"50204", "chatNetwork":"Unknown"

2017/08/01 08:37:15 UTC 1501576635699 CIP    "ip":"172.90.36.99", "remotePort":"50207", "chatNetwork":"Unknown"

2017/08/01 09:46:25 UTC 1501580785449 CIP    "ip":"172.90.36.99", "remotePort":"50211", "chatNetwork":"Unknown"

2017/08/01 09:46:40 UTC 1501580800016 CIP    "ip":"172.90.36.99", "remotePort":"50216", "chatNetwork":"Unknown"

2017/08/01 09:46:58 UTC 1501580818139 CIP    "ip":"172.90.36.99", "remotePort":"50220", "chatNetwork":"Unknown"

2017/08/01 09:47:12 UTC 1501580832265 CIP    "ip":"172.90.36.99", "remotePort":"50222", "chatNetwork":"Unknown"

2017/08/01 09:47:19 UTC 1501580839358 CIP    "ip":"172.90.36.99", "remotePort":"50226", "chatNetwork":"Unknown"

2017/08/01 10:36:19 UTC 1501583779639 CIP    "ip":"172.90.36.99", "remotePort":"50231", "chatNetwork":"Unknown"

2017/08/01 10:36:27 UTC 1501583787234 CIP    "ip":"172.90.36.99", "remotePort":"50235", "chatNetwork":"Unknown"

2017/08/01 10:37:14 UTC 1501583834479 CIP    "ip":"172.90.36.99", "remotePort":"50238", "chatNetwork":"Unknown"

2017/08/01 10:37:24 UTC 1501583844451 CIP    "ip":"172.90.36.99", "remotePort":"50242", "chatNetwork":"Unknown"

2017/08/01 10:37:45 UTC 1501583865860 CIP    "ip":"172.90.36.99", "remotePort":"50246", "chatNetwork":"Unknown"

2017/08/01 10:37:58 UTC 1501583878304 CIP    "ip":"172.90.36.99", "remotePort":"50248", "chatNetwork":"Unknown"

2017/08/01 10:38:14 UTC 1501583894012 CIP    "ip":"172.90.36.99", "remotePort":"50252", "chatNetwork":"Unknown"

USAO_002828

| | | |
|---|---|---|
| 2017/08/01 10:38:21 UTC 1501583901440 CIP | "ip":"172.90.36.99", "remotePort":"50254", "chatNetwork":"Unknown" | |
| 2017/08/01 10:40:28 UTC 1501584028113 CIP | "ip":"172.90.36.99", "remotePort":"50258", "chatNetwork":"Unknown" | |
| 2017/08/01 11:06:13 UTC 1501585573453 CIP | "ip":"172.90.36.99", "remotePort":"50263", "chatNetwork":"Unknown" | |
| 2017/08/01 11:09:49 UTC 1501585789550 CIP | "ip":"172.90.36.99", "remotePort":"50268", "chatNetwork":"Unknown" | |
| 2017/08/01 14:41:12 UTC 1501598472871 CIP | "ip":"172.90.36.99", "remotePort":"50273", "chatNetwork":"Unknown" | |
| 2017/08/01 14:41:46 UTC 1501598506395 CIP | "ip":"172.90.36.99", "remotePort":"50279", "chatNetwork":"Unknown" | |
| 2017/08/01 14:43:08 UTC 1501598588116 CIP | "ip":"172.90.36.99", "remotePort":"50284", "chatNetwork":"Unknown" | |
| 2017/08/01 14:43:30 UTC 1501598610558 CIP | "ip":"172.90.36.99", "remotePort":"50288", "chatNetwork":"Unknown" | |
| 2017/08/01 14:44:11 UTC 1501598651454 CIP | "ip":"172.90.36.99", "remotePort":"50292", "chatNetwork":"Unknown" | |
| 2017/08/01 14:44:37 UTC 1501598677209 CIP | "ip":"172.90.36.99", "remotePort":"50295", "chatNetwork":"Unknown" | |
| 2017/08/01 14:44:53 UTC 1501598693171 CIP | "ip":"172.90.36.99", "remotePort":"50300", "chatNetwork":"Unknown" | |
| 2017/08/01 14:44:57 UTC 1501598697168 CIP | "ip":"172.90.36.99", "remotePort":"50302", "chatNetwork":"Unknown" | |
| 2017/08/01 14:45:07 UTC 1501598707818 CIP | "ip":"172.90.36.99", "remotePort":"50307", "chatNetwork":"Unknown" | |
| 2017/08/01 14:45:24 UTC 1501598724614 CIP | "ip":"172.90.36.99", "remotePort":"50309", "chatNetwork":"Unknown" | |
| 2017/08/01 14:45:50 UTC 1501598750578 CIP | "ip":"172.90.36.99", "remotePort":"50313", "chatNetwork":"Unknown" | |
| 2017/08/01 14:46:04 UTC 1501598764404 CIP | "ip":"172.90.36.99", "remotePort":"50315", "chatNetwork":"Unknown" | |
| 2017/08/01 14:46:17 UTC 1501598777619 CIP | "ip":"172.90.36.99", "remotePort":"50319", "chatNetwork":"Unknown" | |
| 2017/08/01 14:46:58 UTC 1501598818393 CIP | "ip":"172.90.36.99", "remotePort":"50322", "chatNetwork":"Unknown" | |
| 2017/08/01 14:47:17 UTC 1501598837140 CIP | "ip":"172.90.36.99", "remotePort":"50327", "chatNetwork":"Unknown" | |
| 2017/08/01 14:47:30 UTC 1501598850431 CIP | "ip":"172.90.36.99", "remotePort":"50330", "chatNetwork":"Unknown" | |
| 2017/08/01 14:47:41 UTC 1501598861659 CIP | "ip":"172.90.36.99", "remotePort":"50333", "chatNetwork":"Unknown" | |
| 2017/08/01 14:48:00 UTC 1501598880053 CIP | "ip":"172.90.36.99", "remotePort":"50337", "chatNetwork":"Unknown" | |
| 2017/08/01 14:48:09 UTC 1501598889064 CIP | "ip":"172.90.36.99", "remotePort":"50339", "chatNetwork":"Unknown" | |
| 2017/08/01 14:48:32 UTC 1501598912960 CIP | "ip":"172.90.36.99", "remotePort":"50343", "chatNetwork":"Unknown" | |
| 2017/08/01 14:48:42 UTC 1501598922517 CIP | "ip":"172.90.36.99", "remotePort":"50345", "chatNetwork":"Unknown" | |

USAO_002829

2017/08/01 14:49:11 UTC 1501598951591 CIP    "ip":"172.90.36.99", "remotePort":"50349", "chatNetwork":"Unknown"

2017/08/01 14:49:24 UTC 1501598964797 CIP    "ip":"172.90.36.99", "remotePort":"50351", "chatNetwork":"Unknown"

2017/08/01 14:50:07 UTC 1501599007647 CIP    "ip":"172.90.36.99", "remotePort":"50354", "chatNetwork":"Unknown"

2017/08/01 14:50:21 UTC 1501599021755 CIP    "ip":"172.90.36.99", "remotePort":"50358", "chatNetwork":"Unknown"

2017/08/01 14:50:25 UTC 1501599025520 CIP    "ip":"172.90.36.99", "remotePort":"50362", "chatNetwork":"Unknown"

2017/08/01 14:50:36 UTC 1501599036217 CIP    "ip":"172.90.36.99", "remotePort":"50364", "chatNetwork":"Unknown"

2017/08/01 14:50:47 UTC 1501599047259 CIP    "ip":"172.90.36.99", "remotePort":"50368", "chatNetwork":"Unknown"

2017/08/01 14:50:59 UTC 1501599059271 CIP    "ip":"172.90.36.99", "remotePort":"50370", "chatNetwork":"Unknown"

2017/08/01 14:51:11 UTC 1501599071924 CIP    "ip":"172.90.36.99", "remotePort":"50375", "chatNetwork":"Unknown"

2017/08/01 14:51:22 UTC 1501599082866 CIP    "ip":"172.90.36.99", "remotePort":"50377", "chatNetwork":"Unknown"

2017/08/01 14:51:30 UTC 1501599090194 CIP    "ip":"172.90.36.99", "remotePort":"50381", "chatNetwork":"Unknown"

2017/08/01 14:51:42 UTC 1501599102388 CIP    "ip":"172.90.36.99", "remotePort":"50383", "chatNetwork":"Unknown"

2017/08/01 14:52:04 UTC 1501599124236 CIP    "ip":"172.90.36.99", "remotePort":"50387", "chatNetwork":"Unknown"

2017/08/01 14:52:52 UTC 1501599172213 CIP    "ip":"172.90.36.99", "remotePort":"50389", "chatNetwork":"Unknown"

2017/08/01 14:53:10 UTC 1501599190716 CIP    "ip":"172.90.36.99", "remotePort":"50393", "chatNetwork":"Unknown"

2017/08/01 14:53:20 UTC 1501599200247 CIP    "ip":"172.90.36.99", "remotePort":"50397", "chatNetwork":"Unknown"

2017/08/01 14:53:25 UTC 1501599205179 CIP    "ip":"172.90.36.99", "remotePort":"50400", "chatNetwork":"Unknown"

2017/08/01 14:53:40 UTC 1501599220457 CIP    "ip":"172.90.36.99", "remotePort":"50404", "chatNetwork":"Unknown"

2017/08/01 14:53:57 UTC 1501599237515 CIP    "ip":"172.90.36.99", "remotePort":"50406", "chatNetwork":"Unknown"

2017/08/01 14:54:09 UTC 1501599249781 CIP    "ip":"172.90.36.99", "remotePort":"50410", "chatNetwork":"Unknown"

2017/08/01 14:54:23 UTC 1501599263771 CIP    "ip":"172.90.36.99", "remotePort":"50412", "chatNetwork":"Unknown"

2017/08/01 14:54:36 UTC 1501599276239 CIP    "ip":"172.90.36.99", "remotePort":"50416", "chatNetwork":"Unknown"

2017/08/01 14:54:54 UTC 1501599294821 CIP    "ip":"172.90.36.99", "remotePort":"50418", "chatNetwork":"Unknown"

2017/08/01 14:55:34 UTC 1501599334876 CIP    "ip":"172.90.36.99", "remotePort":"50421", "chatNetwork":"Unknown"

2017/08/01 14:55:44 UTC 1501599344563 CIP    "ip":"172.90.36.99", "remotePort":"50425", "chatNetwork":"Unknown"

USAO_002830

2017/08/01 14:55:56 UTC 1501599356835 CIP    "ip":"172.90.36.99", "remotePort":"50429", "chatNetwork":"Unknown"

2017/08/01 14:56:03 UTC 1501599363829 CIP    "ip":"172.90.36.99", "remotePort":"50431", "chatNetwork":"Unknown"

2017/08/01 14:56:09 UTC 1501599369299 CIP    "ip":"172.90.36.99", "remotePort":"50434", "chatNetwork":"Unknown"

2017/08/01 14:56:28 UTC 1501599388047 CIP    "ip":"172.90.36.99", "remotePort":"50437", "chatNetwork":"Unknown"

2017/08/01 14:56:39 UTC 1501599399984 CIP    "ip":"172.90.36.99", "remotePort":"50441", "chatNetwork":"Unknown"

2017/08/01 14:56:56 UTC 1501599416988 CIP    "ip":"172.90.36.99", "remotePort":"50443", "chatNetwork":"Unknown"

2017/08/01 14:57:04 UTC 1501599424178 CIP    "ip":"172.90.36.99", "remotePort":"50446", "chatNetwork":"Unknown"

2017/08/01 14:57:17 UTC 1501599437514 CIP    "ip":"172.90.36.99", "remotePort":"50449", "chatNetwork":"Unknown"

2017/08/01 14:57:25 UTC 1501599445570 CIP    "ip":"172.90.36.99", "remotePort":"50453", "chatNetwork":"Unknown"

2017/08/01 14:57:32 UTC 1501599452526 CIP    "ip":"172.90.36.99", "remotePort":"50455", "chatNetwork":"Unknown"

2017/08/01 14:59:15 UTC 1501599555310 CIP    "ip":"172.90.36.99", "remotePort":"50459", "chatNetwork":"Unknown"

2017/08/01 14:59:45 UTC 1501599585145 CIP    "ip":"172.90.36.99", "remotePort":"50462", "chatNetwork":"Unknown"

2017/08/01 15:00:27 UTC 1501599627131 CIP    "ip":"172.90.36.99", "remotePort":"50465", "chatNetwork":"Unknown"

2017/08/01 15:00:42 UTC 1501599642428 CIP    "ip":"172.90.36.99", "remotePort":"50469", "chatNetwork":"Unknown"

2017/08/01 15:00:47 UTC 1501599647203 CIP    "ip":"172.90.36.99", "remotePort":"50472", "chatNetwork":"Unknown"

2017/08/01 15:00:54 UTC 1501599654766 CIP    "ip":"172.90.36.99", "remotePort":"50475", "chatNetwork":"Unknown"

2017/08/01 15:01:08 UTC 1501599668146 CIP    "ip":"172.90.36.99", "remotePort":"50478", "chatNetwork":"Unknown"

2017/08/01 15:01:14 UTC 1501599674014 CIP    "ip":"172.90.36.99", "remotePort":"50482", "chatNetwork":"Unknown"

2017/08/01 15:01:20 UTC 1501599680994 CIP    "ip":"172.90.36.99", "remotePort":"50484", "chatNetwork":"Unknown"

2017/08/01 15:02:07 UTC 1501599727906 CIP    "ip":"172.90.36.99", "remotePort":"50488", "chatNetwork":"Unknown"

2017/08/01 15:02:29 UTC 1501599749400 CIP    "ip":"172.90.36.99", "remotePort":"50491", "chatNetwork":"Unknown"

2017/08/01 15:02:53 UTC 1501599773243 CIP    "ip":"172.90.36.99", "remotePort":"50494", "chatNetwork":"Unknown"

2017/08/01 15:03:16 UTC 1501599796862 CIP    "ip":"172.90.36.99", "remotePort":"50497", "chatNetwork":"Unknown"

2017/08/01 15:03:38 UTC 1501599818542 CIP    "ip":"172.90.36.99", "remotePort":"50500", "chatNetwork":"Unknown"

2017/08/01 15:03:55 UTC 1501599835361 CIP    "ip":"172.90.36.99", "remotePort":"50503", "chatNetwork":"Unknown"

USAO_002831

2017/08/01 15:03:59 UTC 1501599839416 CIP    "ip":"172.90.36.99", "remotePort":"50506", "chatNetwork":"Unknown"

2017/08/01 15:04:14 UTC 1501599854864 CIP    "ip":"172.90.36.99", "remotePort":"50509", "chatNetwork":"Unknown"

2017/08/01 15:04:29 UTC 1501599869070 CIP    "ip":"172.90.36.99", "remotePort":"50513", "chatNetwork":"Unknown"

2017/08/01 15:05:04 UTC 1501599904170 CIP    "ip":"172.90.36.99", "remotePort":"50515", "chatNetwork":"Unknown"

2017/08/01 15:05:09 UTC 1501599909876 CIP    "ip":"172.90.36.99", "remotePort":"50520", "chatNetwork":"Unknown"

2017/08/01 15:05:31 UTC 1501599931368 CIP    "ip":"172.90.36.99", "remotePort":"50522", "chatNetwork":"Unknown"

2017/08/01 15:05:47 UTC 1501599947691 CIP    "ip":"172.90.36.99", "remotePort":"50525", "chatNetwork":"Unknown"

2017/08/01 15:06:05 UTC 1501599965786 CIP    "ip":"172.90.36.99", "remotePort":"50529", "chatNetwork":"Unknown"

2017/08/01 15:06:23 UTC 1501599983638 CIP    "ip":"172.90.36.99", "remotePort":"50531", "chatNetwork":"Unknown"

2017/08/01 15:06:45 UTC 1501600005505 CIP    "ip":"172.90.36.99", "remotePort":"50536", "chatNetwork":"Unknown"

2017/08/01 15:06:57 UTC 1501600017026 CIP    "ip":"172.90.36.99", "remotePort":"50540", "chatNetwork":"Unknown"

2017/08/01 15:07:04 UTC 1501600024793 CIP    "ip":"172.90.36.99", "remotePort":"50542", "chatNetwork":"Unknown"

2017/08/01 15:07:33 UTC 1501600053720 CIP    "ip":"172.90.36.99", "remotePort":"50545", "chatNetwork":"Unknown"

2017/08/01 15:07:46 UTC 1501600066960 CIP    "ip":"172.90.36.99", "remotePort":"50548", "chatNetwork":"Unknown"

2017/08/01 15:07:57 UTC 1501600077426 CIP    "ip":"172.90.36.99", "remotePort":"50551", "chatNetwork":"Unknown"

2017/08/01 15:08:24 UTC 1501600104289 CIP    "ip":"172.90.36.99", "remotePort":"50555", "chatNetwork":"Unknown"

2017/08/01 15:09:13 UTC 1501600153370 CIP    "ip":"172.90.36.99", "remotePort":"50557", "chatNetwork":"Unknown"

2017/08/01 15:09:45 UTC 1501600185722 CIP    "ip":"172.90.36.99", "remotePort":"50561", "chatNetwork":"Unknown"

2017/08/01 15:10:08 UTC 1501600208594 CIP    "ip":"172.90.36.99", "remotePort":"50565", "chatNetwork":"Unknown"

2017/08/01 15:10:26 UTC 1501600226943 CIP    "ip":"172.90.36.99", "remotePort":"50568", "chatNetwork":"Unknown"

2017/08/01 15:10:40 UTC 1501600240050 CIP    "ip":"172.90.36.99", "remotePort":"50571", "chatNetwork":"Unknown"

2017/08/01 15:10:45 UTC 1501600245130 CIP    "ip":"172.90.36.99", "remotePort":"50574", "chatNetwork":"Unknown"

2017/08/01 15:11:44 UTC 1501600304496 CIP    "ip":"172.90.36.99", "remotePort":"50577", "chatNetwork":"Unknown"

2017/08/01 15:12:00 UTC 1501600320058 CIP    "ip":"172.90.36.99", "remotePort":"50581", "chatNetwork":"Unknown"

2017/08/01 15:12:22 UTC 1501600342767 CIP    "ip":"172.90.36.99", "remotePort":"50585", "chatNetwork":"Unknown"

2017/08/01 15:12:36 UTC 1501600356369 CIP    "ip":"172.90.36.99", "remotePort":"50587", "chatNetwork":"Unknown"

2017/08/01 15:12:40 UTC 1501600360951 CIP    "ip":"172.90.36.99", "remotePort":"50590", "chatNetwork":"Unknown"

2017/08/01 15:12:54 UTC 1501600374606 CIP    "ip":"172.90.36.99", "remotePort":"50593", "chatNetwork":"Unknown"

2017/08/01 15:13:21 UTC 1501600401670 CIP    "ip":"172.90.36.99", "remotePort":"50599", "chatNetwork":"Unknown"

2017/08/01 15:13:26 UTC 1501600406113 CIP    "ip":"172.90.36.99", "remotePort":"50601", "chatNetwork":"Unknown"

2017/08/01 15:13:36 UTC 1501600416249 CIP    "ip":"172.90.36.99", "remotePort":"50604", "chatNetwork":"Unknown"

2017/08/01 15:13:58 UTC 1501600438538 CIP    "ip":"172.90.36.99", "remotePort":"50608", "chatNetwork":"Unknown"

2017/08/01 15:15:55 UTC 1501600555099 CIP    "ip":"172.90.36.99", "remotePort":"50610", "chatNetwork":"Unknown"

2017/08/01 15:16:21 UTC 1501600581022 CIP    "ip":"172.90.36.99", "remotePort":"50614", "chatNetwork":"Unknown"

2017/08/01 15:16:27 UTC 1501600587425 CIP    "ip":"172.90.36.99", "remotePort":"50618", "chatNetwork":"Unknown"

2017/08/01 15:16:56 UTC 1501600616636 CIP    "ip":"172.90.36.99", "remotePort":"50620", "chatNetwork":"Unknown"

2017/08/01 15:17:17 UTC 1501600637938 CIP    "ip":"172.90.36.99", "remotePort":"50624", "chatNetwork":"Unknown"

2017/08/01 15:17:31 UTC 1501600651962 CIP    "ip":"172.90.36.99", "remotePort":"50626", "chatNetwork":"Unknown"

2017/08/01 15:20:16 UTC 1501600816398 CIP    "ip":"172.90.36.99", "remotePort":"50630", "chatNetwork":"Unknown"

2017/08/01 15:21:58 UTC 1501600918356 CIP    "ip":"172.90.36.99", "remotePort":"50633", "chatNetwork":"Unknown"

2017/08/01 15:23:06 UTC 1501600986723 CIP    "ip":"172.90.36.99", "remotePort":"50637", "chatNetwork":"Unknown"

2017/08/01 15:23:26 UTC 1501601006624 CIP    "ip":"172.90.36.99", "remotePort":"50641", "chatNetwork":"Unknown"

2017/08/01 15:23:44 UTC 1501601024328 CIP    "ip":"172.90.36.99", "remotePort":"50644", "chatNetwork":"Unknown"

2017/08/01 15:24:10 UTC 1501601050106 CIP    "ip":"172.90.36.99", "remotePort":"50647", "chatNetwork":"Unknown"

2017/08/01 15:24:39 UTC 1501601079106 CIP    "ip":"172.90.36.99", "remotePort":"50651", "chatNetwork":"Unknown"

2017/08/01 15:24:52 UTC 1501601092971 CIP    "ip":"172.90.36.99", "remotePort":"50653", "chatNetwork":"Unknown"

2017/08/01 15:25:03 UTC 1501601103396 CIP    "ip":"172.90.36.99", "remotePort":"50657", "chatNetwork":"Unknown"

2017/08/01 15:25:15 UTC 1501601115944 CIP    "ip":"172.90.36.99", "remotePort":"50659", "chatNetwork":"Unknown"

2017/08/01 15:25:50 UTC 1501601150195 CIP    "ip":"172.90.36.99", "remotePort":"50662", "chatNetwork":"Unknown"

2017/08/01 15:25:54 UTC 1501601154907 CIP    "ip":"172.90.36.99", "remotePort":"50666", "chatNetwork":"Unknown"

USAO_002833

2017/08/01 15:27:06 UTC 1501601226138 CIP     "ip":"172.90.36.99", "remotePort":"50669", "chatNetwork":"Unknown"

2017/08/01 15:27:13 UTC 1501601233052 CIP     "ip":"172.90.36.99", "remotePort":"50673", "chatNetwork":"Unknown"

2017/08/01 15:27:30 UTC 1501601250863 CIP     "ip":"172.90.36.99", "remotePort":"50680", "chatNetwork":"Unknown"

2017/08/01 15:27:54 UTC 1501601274735 CIP     "ip":"172.90.36.99", "remotePort":"50683", "chatNetwork":"Unknown"

2017/08/01 15:28:08 UTC 1501601288727 CIP     "ip":"172.90.36.99", "remotePort":"50686", "chatNetwork":"Unknown"

2017/08/01 15:28:16 UTC 1501601296157 CIP     "ip":"172.90.36.99", "remotePort":"50689", "chatNetwork":"Unknown"

2017/08/01 15:28:45 UTC 1501601325027 CIP     "ip":"172.90.36.99", "remotePort":"50692", "chatNetwork":"Unknown"

2017/08/01 15:29:16 UTC 1501601356843 CIP     "ip":"172.90.36.99", "remotePort":"50696", "chatNetwork":"Unknown"

2017/08/01 20:36:00 UTC 1501619760422 CIP     "ip":"172.90.36.99", "remotePort":"50731", "chatNetwork":"Unknown"

2017/08/01 21:00:10 UTC 1501621210587 CIP     "ip":"172.90.36.99", "remotePort":"50758", "chatNetwork":"Unknown"

2017/08/01 21:19:28 UTC 1501622368705 CIP     "ip":"172.90.36.99", "remotePort":"50764", "chatNetwork":"Unknown"

2017/08/01 22:13:13 UTC 1501625593018 CIP     "ip":"172.90.36.99", "remotePort":"50766", "chatNetwork":"Unknown"

2017/08/02 04:49:51 UTC 1501649391795 CIP     "ip":"172.90.36.99", "remotePort":"50782", "chatNetwork":"Unknown"

2017/08/02 05:13:14 UTC 1501650794869 CIP     "ip":"172.90.36.99", "remotePort":"50789", "chatNetwork":"Unknown"

2017/08/02 06:04:51 UTC 1501653891175 CIP     "ip":"172.90.36.99", "remotePort":"50795", "chatNetwork":"Unknown"

2017/08/02 06:21:58 UTC 1501654918567 CIP     "ip":"172.90.36.99", "remotePort":"50799", "chatNetwork":"Unknown"

2017/08/02 07:02:09 UTC 1501657329598 CIP     "ip":"172.90.36.99", "remotePort":"50803", "chatNetwork":"Unknown"

2017/08/02 07:41:19 UTC 1501659679986 CIP     "ip":"172.90.36.99", "remotePort":"50811", "chatNetwork":"Unknown"

2017/08/02 08:25:41 UTC 1501662341335 CIP     "ip":"172.90.36.99", "remotePort":"50822", "chatNetwork":"Unknown"

2017/08/02 08:55:13 UTC 1501664113063 CIP     "ip":"172.90.36.99", "remotePort":"50827", "chatNetwork":"Unknown"

2017/08/02 09:25:09 UTC 1501665909090 CIP     "ip":"172.90.36.99", "remotePort":"50831", "chatNetwork":"Unknown"

2017/08/02 10:25:01 UTC 1501669501622 CIP     "ip":"172.90.36.99", "remotePort":"50838", "chatNetwork":"Unknown"

2017/08/02 12:12:06 UTC 1501675926168 CIP     "ip":"172.90.36.99", "remotePort":"50849", "chatNetwork":"Unknown"

2017/08/02 12:29:12 UTC 1501676952501 CIP     "ip":"172.90.36.99", "remotePort":"50853", "chatNetwork":"Unknown"

2017/08/02 13:45:28 UTC 1501681528107 CIP     "ip":"172.90.36.99", "remotePort":"50856", "chatNetwork":"Unknown"

2017/08/02 14:45:02 UTC 1501685102632 CIP    "ip":"172.90.36.99", "remotePort":"50860", "chatNetwork":"Unknown"

2017/08/02 16:08:23 UTC 1501690103803 CIP    "ip":"172.90.36.99", "remotePort":"50864", "chatNetwork":"Unknown"

2017/08/02 17:28:20 UTC 1501694900208 CIP    "ip":"172.90.36.99", "remotePort":"50868", "chatNetwork":"Unknown"

2017/08/03 02:50:45 UTC 1501728645200 CIP    "ip":"172.90.36.99", "remotePort":"50888", "chatNetwork":"Unknown"

2017/08/03 03:15:22 UTC 1501730122489 CIP    "ip":"172.90.36.99", "remotePort":"50902", "chatNetwork":"Unknown"

2017/08/03 03:55:09 UTC 1501732509500 CIP    "ip":"172.90.36.99", "remotePort":"50908", "chatNetwork":"Unknown"

2017/08/03 03:57:24 UTC 1501732644476 CIP    "ip":"172.90.36.99", "remotePort":"50944", "chatNetwork":"Unknown"

2017/08/03 04:01:08 UTC 1501732868683 CIP    "ip":"172.90.36.99", "remotePort":"51068", "chatNetwork":"Unknown"

2017/08/03 04:01:13 UTC 1501732873429 CIP    "ip":"172.90.36.99", "remotePort":"51075", "chatNetwork":"Unknown"

2017/08/03 04:03:01 UTC 1501732981649 CIP    "ip":"172.90.36.99", "remotePort":"51115", "chatNetwork":"Unknown"

2017/08/03 04:03:08 UTC 1501732988789 CIP    "ip":"172.90.36.99", "remotePort":"51122", "chatNetwork":"Unknown"

2017/08/03 04:07:07 UTC 1501733227038 CIP    "ip":"172.90.36.99", "remotePort":"51379", "chatNetwork":"Unknown"

2017/08/03 04:07:47 UTC 1501733267269 CIP    "ip":"172.90.36.99", "remotePort":"51387", "chatNetwork":"Unknown"

2017/08/03 04:07:56 UTC 1501733276885 CIP    "ip":"172.90.36.99", "remotePort":"51392", "chatNetwork":"Unknown"

2017/08/03 04:08:01 UTC 1501733281712 CIP    "ip":"172.90.36.99", "remotePort":"51396", "chatNetwork":"Unknown"

2017/08/03 18:30:56 UTC 1501785056436 CIP    "ip":"172.90.36.99", "remotePort":"51577", "chatNetwork":"Unknown"

2017/08/04 00:30:18 UTC 1501806618364 CIP    "ip":"173.117.98.108", "remotePort":"51762", "chatNetwork":"Unknown"

2017/08/04 00:52:08 UTC 1501807928955 CIP    "ip":"173.117.98.108", "remotePort":"52133", "chatNetwork":"Unknown"

2017/08/04 16:56:25 UTC 1501865785319 CIP    "ip":"173.117.12.129", "remotePort":"52164", "chatNetwork":"Unknown"

2017/08/04 17:07:29 UTC 1501866449410 CIP    "ip":"173.117.12.129", "remotePort":"52205", "chatNetwork":"Unknown"

2017/08/04 17:20:44 UTC 1501867244955 CIP    "ip":"173.117.12.129", "remotePort":"52299", "chatNetwork":"Unknown"

2017/08/04 20:56:53 UTC 1501880213378 CIP    "ip":"173.117.97.146", "remotePort":"52307", "chatNetwork":"Unknown"

2017/08/04 21:27:14 UTC 1501882034892 CIP    "ip":"173.117.97.146", "remotePort":"53080", "chatNetwork":"Unknown"

2017/08/04 21:31:45 UTC 1501882305298 CIP    "ip":"173.117.97.146", "remotePort":"53095", "chatNetwork":"Unknown"

2017/08/04 22:08:11 UTC 1501884491882 CIP    "ip":"173.117.97.146", "remotePort":"53447", "chatNetwork":"Unknown"

USAO_002835

2017/08/04 22:08:31 UTC 1501884511750 CIP    "ip":"173.117.97.146", "remotePort":"53457", "chatNetwork":"Unknown"

2017/08/04 22:09:57 UTC 1501884597805 CIP    "ip":"173.117.97.146", "remotePort":"53472", "chatNetwork":"Unknown"

2017/08/04 22:17:07 UTC 1501885027158 CIP    "ip":"173.117.97.146", "remotePort":"53496", "chatNetwork":"Unknown"

2017/08/04 22:25:50 UTC 1501885550415 CIP    "ip":"173.117.97.146", "remotePort":"53553", "chatNetwork":"Unknown"

2017/08/04 22:36:01 UTC 1501886161075 CIP    "ip":"173.117.97.146", "remotePort":"53662", "chatNetwork":"Unknown"

2017/08/04 22:36:40 UTC 1501886200680 CIP    "ip":"173.117.97.146", "remotePort":"53666", "chatNetwork":"Unknown"

2017/08/04 22:39:05 UTC 1501886345322 CIP    "ip":"173.117.97.146", "remotePort":"53670", "chatNetwork":"Unknown"

2017/08/04 22:46:24 UTC 1501886784932 CIP    "ip":"173.117.97.146", "remotePort":"53674", "chatNetwork":"Unknown"

2017/08/04 23:04:37 UTC 1501887877785 CIP    "ip":"173.117.97.146", "remotePort":"53677", "chatNetwork":"Unknown"

2017/08/04 23:10:43 UTC 1501888243660 CIP    "ip":"173.117.97.146", "remotePort":"53686", "chatNetwork":"Unknown"

2017/08/04 23:19:06 UTC 1501888746637 CIP    "ip":"173.117.97.146", "remotePort":"53740", "chatNetwork":"Unknown"

2017/08/04 23:19:18 UTC 1501888758373 CIP    "ip":"173.117.97.146", "remotePort":"53745", "chatNetwork":"Unknown"

2017/08/04 23:27:44 UTC 1501889264133 CIP    "ip":"173.117.97.146", "remotePort":"53749", "chatNetwork":"Unknown"

2017/08/04 23:29:13 UTC 1501889353277 CIP    "ip":"173.117.97.146", "remotePort":"53753", "chatNetwork":"Unknown"

2017/08/04 23:29:42 UTC 1501889382239 CIP    "ip":"173.117.97.146", "remotePort":"53761", "chatNetwork":"Unknown"

2017/08/04 23:51:40 UTC 1501890700013 CIP    "ip":"173.117.97.146", "remotePort":"53765", "chatNetwork":"Unknown"

2017/08/04 23:53:16 UTC 1501890796146 CIP    "ip":"173.117.97.146", "remotePort":"53769", "chatNetwork":"Unknown"

2017/08/04 23:53:34 UTC 1501890814943 CIP    "ip":"173.117.97.146", "remotePort":"53773", "chatNetwork":"Unknown"

2017/08/04 23:54:09 UTC 1501890849500 CIP    "ip":"173.117.97.146", "remotePort":"53777", "chatNetwork":"Unknown"

2017/08/04 23:57:04 UTC 1501891024912 CIP    "ip":"173.117.97.146", "remotePort":"53780", "chatNetwork":"Unknown"

2017/08/05 00:01:18 UTC 1501891278459 CIP    "ip":"173.117.97.146", "remotePort":"53786", "chatNetwork":"Unknown"

2017/08/05 00:09:43 UTC 1501891783440 CIP    "ip":"173.117.97.146", "remotePort":"53790", "chatNetwork":"Unknown"

2017/08/05 00:28:54 UTC 1501892934187 CIP    "ip":"173.117.97.146", "remotePort":"53792", "chatNetwork":"Unknown"

2017/08/05 00:44:46 UTC 1501893886643 CIP    "ip":"173.117.97.146", "remotePort":"53796", "chatNetwork":"Unknown"

2017/08/05 00:48:45 UTC 1501894125633 CIP    "ip":"173.117.97.146", "remotePort":"53802", "chatNetwork":"Unknown"

USAO_002836

2017/08/05 01:05:32 UTC 1501895132492 CIP   "ip":"173.117.97.146", "remotePort":"53809", "chatNetwork":"Unknown"

2017/08/05 01:29:55 UTC 1501896595740 CIP   "ip":"173.117.97.146", "remotePort":"54352", "chatNetwork":"Unknown"

2017/08/05 01:58:39 UTC 1501898319378 CIP   "ip":"173.117.97.146", "remotePort":"54451", "chatNetwork":"Unknown"

2017/08/05 02:03:40 UTC 1501898620833 CIP   "ip":"173.117.97.146", "remotePort":"54455", "chatNetwork":"Unknown"

2017/08/05 02:10:39 UTC 1501899039876 CIP   "ip":"173.117.97.146", "remotePort":"54458", "chatNetwork":"Unknown"

2017/08/05 02:29:20 UTC 1501900160359 CIP   "ip":"172.90.36.99", "remotePort":"54463", "chatNetwork":"Unknown"

2017/08/05 04:56:35 UTC 1501908995611 CIP   "ip":"172.90.36.99", "remotePort":"54469", "chatNetwork":"Unknown"

2017/08/05 05:21:23 UTC 1501910483606 CIP   "ip":"172.90.36.99", "remotePort":"54481", "chatNetwork":"Unknown"

2017/08/05 05:28:48 UTC 1501910928283 CIP   "ip":"172.90.36.99", "remotePort":"54490", "chatNetwork":"Unknown"

2017/08/05 05:50:14 UTC 1501912214672 CIP   "ip":"172.90.36.99", "remotePort":"54494", "chatNetwork":"Unknown"

2017/08/05 12:30:32 UTC 1501936232873 CIP   "ip":"172.90.36.99", "remotePort":"54883", "chatNetwork":"Unknown"

2017/08/05 12:36:48 UTC 1501936608007 CIP   "ip":"184.254.53.133", "remotePort":"54983", "chatNetwork":"Unknown"

2017/08/05 12:47:18 UTC 1501937238293 CIP   "ip":"184.254.53.133", "remotePort":"55019", "chatNetwork":"Unknown"

2017/08/05 12:47:47 UTC 1501937267250 CIP   "ip":"184.254.53.133", "remotePort":"55026", "chatNetwork":"Unknown"

2017/08/05 12:53:39 UTC 1501937619935 CIP   "ip":"184.254.53.133", "remotePort":"55075", "chatNetwork":"Unknown"

2017/08/05 21:21:53 UTC 1501968113729 CIP   "ip":"184.254.45.147", "remotePort":"55097", "chatNetwork":"Unknown"

2017/08/06 01:34:35 UTC 1501983275127 CIP   "ip":"172.90.36.99", "remotePort":"55196", "chatNetwork":"Unknown"

2017/08/06 01:34:49 UTC 1501983289747 CIP   "ip":"172.90.36.99", "remotePort":"55212", "chatNetwork":"Unknown"

2017/08/06 01:35:58 UTC 1501983358030 CIP   "ip":"172.90.36.99", "remotePort":"55217", "chatNetwork":"Unknown"

2017/08/06 01:36:15 UTC 1501983375653 CIP   "ip":"172.90.36.99", "remotePort":"55220", "chatNetwork":"Unknown"

2017/08/06 01:36:21 UTC 1501983381883 CIP   "ip":"172.90.36.99", "remotePort":"55225", "chatNetwork":"Unknown"

2017/08/06 01:36:54 UTC 1501983414559 CIP   "ip":"172.90.36.99", "remotePort":"55227", "chatNetwork":"Unknown"

2017/08/06 01:37:15 UTC 1501983435618 CIP   "ip":"172.90.36.99", "remotePort":"55233", "chatNetwork":"Unknown"

2017/08/06 01:37:37 UTC 1501983457522 CIP   "ip":"172.90.36.99", "remotePort":"55235", "chatNetwork":"Unknown"

2017/08/06 01:38:08 UTC 1501983488702 CIP   "ip":"172.90.36.99", "remotePort":"55240", "chatNetwork":"Unknown"

USAO_002837

2017/08/06 01:38:17 UTC 1501983497637 CIP    "ip":"172.90.36.99", "remotePort":"55243", "chatNetwork":"Unknown"

2017/08/06 01:38:21 UTC 1501983501240 CIP    "ip":"172.90.36.99", "remotePort":"55248", "chatNetwork":"Unknown"

2017/08/06 01:38:29 UTC 1501983509774 CIP    "ip":"172.90.36.99", "remotePort":"55250", "chatNetwork":"Unknown"

2017/08/06 01:38:57 UTC 1501983537024 CIP    "ip":"172.90.36.99", "remotePort":"55255", "chatNetwork":"Unknown"

2017/08/06 01:43:00 UTC 1501983780349 CIP    "ip":"172.90.36.99", "remotePort":"55259", "chatNetwork":"Unknown"

2017/08/06 01:43:55 UTC 1501983835684 CIP    "ip":"172.90.36.99", "remotePort":"55264", "chatNetwork":"Unknown"

2017/08/06 01:44:24 UTC 1501983864319 CIP    "ip":"172.90.36.99", "remotePort":"55268", "chatNetwork":"Unknown"

2017/08/06 01:51:14 UTC 1501984274494 CIP    "ip":"172.90.36.99", "remotePort":"55272", "chatNetwork":"Unknown"

2017/08/06 01:51:23 UTC 1501984283629 CIP    "ip":"172.90.36.99", "remotePort":"55280", "chatNetwork":"Unknown"

2017/08/06 01:51:48 UTC 1501984308003 CIP    "ip":"172.90.36.99", "remotePort":"55285", "chatNetwork":"Unknown"

2017/08/06 01:52:48 UTC 1501984368939 CIP    "ip":"172.90.36.99", "remotePort":"55287", "chatNetwork":"Unknown"

2017/08/06 01:53:14 UTC 1501984394433 CIP    "ip":"172.90.36.99", "remotePort":"55292", "chatNetwork":"Unknown"

2017/08/06 01:53:20 UTC 1501984400573 CIP    "ip":"172.90.36.99", "remotePort":"55295", "chatNetwork":"Unknown"

2017/08/06 01:53:32 UTC 1501984412189 CIP    "ip":"172.90.36.99", "remotePort":"55301", "chatNetwork":"Unknown"

2017/08/06 02:16:51 UTC 1501985811747 CIP    "ip":"172.90.36.99", "remotePort":"55498", "chatNetwork":"Unknown"

2017/08/06 02:17:34 UTC 1501985854133 CIP    "ip":"172.90.36.99", "remotePort":"55504", "chatNetwork":"Unknown"

2017/08/06 02:21:45 UTC 1501986105184 CIP    "ip":"172.90.36.99", "remotePort":"55511", "chatNetwork":"Unknown"

2017/08/06 03:16:38 UTC 1501989398451 CIP    "ip":"172.90.36.99", "remotePort":"55616", "chatNetwork":"Unknown"

2017/08/06 14:44:30 UTC 1502030670440 CIP    "ip":"172.90.36.99", "remotePort":"55695", "chatNetwork":"Unknown"

2017/08/06 14:46:39 UTC 1502030799016 CIP    "ip":"172.90.36.99", "remotePort":"55734", "chatNetwork":"Unknown"

2017/08/06 20:41:27 UTC 1502052087759 CIP    "ip":"172.90.36.99", "remotePort":"55818", "chatNetwork":"Unknown"

2017/08/07 22:32:47 UTC 1502145167327 CIP    "ip":"172.90.36.99", "remotePort":"56398", "chatNetwork":"Unknown"

2017/08/07 22:56:30 UTC 1502146590504 CIP    "ip":"172.90.36.99", "remotePort":"56497", "chatNetwork":"Unknown"

2017/08/07 23:02:30 UTC 1502146950520 CIP    "ip":"172.90.36.99", "remotePort":"56501", "chatNetwork":"Unknown"

2017/08/07 23:05:26 UTC 1502147126067 CIP    "ip":"172.90.36.99", "remotePort":"56504", "chatNetwork":"Unknown"

USAO_002838

2017/08/07 23:09:16 UTC 1502147356679 CIP    "ip":"172.90.36.99", "remotePort":"56526", "chatNetwork":"Unknown"

2017/08/07 23:15:59 UTC 1502147759621 CIP    "ip":"172.90.36.99", "remotePort":"56533", "chatNetwork":"Unknown"

2017/08/07 23:16:14 UTC 1502147774629 CIP    "ip":"172.90.36.99", "remotePort":"56541", "chatNetwork":"Unknown"

2017/08/07 23:16:30 UTC 1502147790612 CIP    "ip":"172.90.36.99", "remotePort":"56545", "chatNetwork":"Unknown"

2017/08/07 23:18:09 UTC 1502147889643 CIP    "ip":"172.90.36.99", "remotePort":"56549", "chatNetwork":"Unknown"

2017/08/07 23:18:14 UTC 1502147894010 CIP    "ip":"172.90.36.99", "remotePort":"56553", "chatNetwork":"Unknown"

2017/08/07 23:21:52 UTC 1502148112574 CIP    "ip":"172.90.36.99", "remotePort":"56556", "chatNetwork":"Unknown"

2017/08/07 23:22:00 UTC 1502148120663 CIP    "ip":"172.90.36.99", "remotePort":"56562", "chatNetwork":"Unknown"

2017/08/07 23:24:03 UTC 1502148243280 CIP    "ip":"172.90.36.99", "remotePort":"56565", "chatNetwork":"Unknown"

2017/08/07 23:25:09 UTC 1502148309803 CIP    "ip":"172.90.36.99", "remotePort":"56575", "chatNetwork":"Unknown"

2017/08/08 01:15:49 UTC 1502154949359 CIP    "ip":"172.90.36.99", "remotePort":"56601", "chatNetwork":"Unknown"

2017/08/08 01:19:06 UTC 1502155146683 CIP    "ip":"173.117.41.107", "remotePort":"56620", "chatNetwork":"Unknown"

2017/08/08 01:29:49 UTC 1502155789968 CIP    "ip":"173.117.41.107", "remotePort":"56662", "chatNetwork":"Unknown"

2017/08/08 01:38:47 UTC 1502156327541 CIP    "ip":"173.117.41.107", "remotePort":"56674", "chatNetwork":"Unknown"

2017/08/08 01:44:05 UTC 1502156645570 CIP    "ip":"173.117.41.107", "remotePort":"56682", "chatNetwork":"Unknown"

2017/08/08 01:45:11 UTC 1502156711639 CIP    "ip":"173.117.41.107", "remotePort":"56686", "chatNetwork":"Unknown"

2017/08/08 01:57:56 UTC 1502157476300 CIP    "ip":"173.117.41.107", "remotePort":"56690", "chatNetwork":"Unknown"

2017/08/08 01:59:52 UTC 1502157592637 CIP    "ip":"173.117.41.107", "remotePort":"56698", "chatNetwork":"Unknown"

2017/08/08 02:21:55 UTC 1502158915474 CIP    "ip":"172.90.36.99", "remotePort":"56829", "chatNetwork":"Unknown"

2017/08/08 02:40:30 UTC 1502160030520 CIP    "ip":"172.90.36.99", "remotePort":"57194", "chatNetwork":"Unknown"

2017/08/08 03:15:27 UTC 1502162127873 CIP    "ip":"172.90.36.99", "remotePort":"57200", "chatNetwork":"Unknown"

2017/08/08 03:27:37 UTC 1502162857099 CIP    "ip":"172.90.36.99", "remotePort":"57205", "chatNetwork":"Unknown"

2017/08/08 04:19:45 UTC 1502165985183 CIP    "ip":"172.90.36.99", "remotePort":"57214", "chatNetwork":"Unknown"

2017/08/08 04:40:16 UTC 1502167216032 CIP    "ip":"172.90.36.99", "remotePort":"57224", "chatNetwork":"Unknown"

2017/08/08 04:46:29 UTC 1502167589154 CIP    "ip":"172.90.36.99", "remotePort":"57227", "chatNetwork":"Unknown"

2017/08/08 04:47:11 UTC 1502167631657 CIP   "ip":"172.90.36.99", "remotePort":"57232", "chatNetwork":"Unknown"

2017/08/08 05:02:54 UTC 1502168574472 CIP   "ip":"172.90.36.99", "remotePort":"57237", "chatNetwork":"Unknown"

2017/08/08 05:10:01 UTC 1502169001351 CIP   "ip":"172.90.36.99", "remotePort":"57242", "chatNetwork":"Unknown"

2017/08/08 05:10:27 UTC 1502169027625 CIP   "ip":"172.90.36.99", "remotePort":"57246", "chatNetwork":"Unknown"

2017/08/08 05:35:58 UTC 1502170558624 CIP   "ip":"172.90.36.99", "remotePort":"57250", "chatNetwork":"Unknown"

2017/08/08 05:37:36 UTC 1502170656444 CIP   "ip":"172.90.36.99", "remotePort":"57254", "chatNetwork":"Unknown"

2017/08/08 05:40:53 UTC 1502170853353 CIP   "ip":"172.90.36.99", "remotePort":"57260", "chatNetwork":"Unknown"

2017/08/08 05:43:54 UTC 1502171034888 CIP   "ip":"172.90.36.99", "remotePort":"57264", "chatNetwork":"Unknown"

2017/08/08 05:44:36 UTC 1502171076620 CIP   "ip":"172.90.36.99", "remotePort":"57269", "chatNetwork":"Unknown"

2017/08/08 05:47:07 UTC 1502171227355 CIP   "ip":"172.90.36.99", "remotePort":"57273", "chatNetwork":"Unknown"

2017/08/08 05:47:36 UTC 1502171256545 CIP   "ip":"172.90.36.99", "remotePort":"57277", "chatNetwork":"Unknown"

2017/08/08 05:48:09 UTC 1502171289727 CIP   "ip":"172.90.36.99", "remotePort":"57282", "chatNetwork":"Unknown"

2017/08/08 06:22:08 UTC 1502173328404 CIP   "ip":"172.90.36.99", "remotePort":"57285", "chatNetwork":"Unknown"

2017/08/08 06:57:31 UTC 1502175451041 CIP   "ip":"172.90.36.99", "remotePort":"57289", "chatNetwork":"Unknown"

2017/08/08 06:59:24 UTC 1502175564744 CIP   "ip":"172.90.36.99", "remotePort":"57296", "chatNetwork":"Unknown"

2017/08/08 07:06:43 UTC 1502176003320 CIP   "ip":"172.90.36.99", "remotePort":"57302", "chatNetwork":"Unknown"

2017/08/08 07:28:10 UTC 1502177290300 CIP   "ip":"172.90.36.99", "remotePort":"57310", "chatNetwork":"Unknown"

2017/08/08 07:33:28 UTC 1502177608497 CIP   "ip":"172.90.36.99", "remotePort":"57315", "chatNetwork":"Unknown"

2017/08/08 07:46:13 UTC 1502178373903 CIP   "ip":"172.90.36.99", "remotePort":"57319", "chatNetwork":"Unknown"

2017/08/08 07:51:46 UTC 1502178706775 CIP   "ip":"172.90.36.99", "remotePort":"57323", "chatNetwork":"Unknown"

2017/08/08 08:16:26 UTC 1502180186843 CIP   "ip":"172.90.36.99", "remotePort":"57327", "chatNetwork":"Unknown"

2017/08/08 08:28:28 UTC 1502180908404 CIP   "ip":"172.90.36.99", "remotePort":"57335", "chatNetwork":"Unknown"

2017/08/08 09:09:18 UTC 1502183358481 CIP   "ip":"172.90.36.99", "remotePort":"57339", "chatNetwork":"Unknown"

2017/08/08 09:20:49 UTC 1502184049234 CIP   "ip":"172.90.36.99", "remotePort":"57348", "chatNetwork":"Unknown"

2017/08/08 09:31:46 UTC 1502184706324 CIP   "ip":"172.90.36.99", "remotePort":"57354", "chatNetwork":"Unknown"

USAO_002840

2017/08/08 09:58:53 UTC 1502186333523 CIP    "ip":"172.90.36.99", "remotePort":"57358", "chatNetwork":"Unknown"

2017/08/08 10:27:30 UTC 1502188050857 CIP    "ip":"172.90.36.99", "remotePort":"57367", "chatNetwork":"Unknown"

2017/08/08 11:17:10 UTC 1502191030236 CIP    "ip":"172.90.36.99", "remotePort":"57373", "chatNetwork":"Unknown"

2017/08/08 11:39:02 UTC 1502192342219 CIP    "ip":"172.90.36.99", "remotePort":"57381", "chatNetwork":"Unknown"

2017/08/08 12:05:56 UTC 1502193956178 CIP    "ip":"172.90.36.99", "remotePort":"57387", "chatNetwork":"Unknown"

2017/08/08 12:25:35 UTC 1502195135525 CIP    "ip":"172.90.36.99", "remotePort":"57391", "chatNetwork":"Unknown"

2017/08/08 12:52:32 UTC 1502196752345 CIP    "ip":"172.90.36.99", "remotePort":"57405", "chatNetwork":"Unknown"

2017/08/08 13:02:24 UTC 1502197344621 CIP    "ip":"172.90.36.99", "remotePort":"57410", "chatNetwork":"Unknown"

2017/08/08 13:04:39 UTC 1502197479271 CIP    "ip":"172.90.36.99", "remotePort":"57415", "chatNetwork":"Unknown"

2017/08/08 13:06:03 UTC 1502197563748 CIP    "ip":"172.90.36.99", "remotePort":"57421", "chatNetwork":"Unknown"

2017/08/08 13:06:30 UTC 1502197590551 CIP    "ip":"172.90.36.99", "remotePort":"57428", "chatNetwork":"Unknown"

2017/08/08 13:33:28 UTC 1502199208917 CIP    "ip":"172.90.36.99", "remotePort":"57435", "chatNetwork":"Unknown"

2017/08/08 13:57:05 UTC 1502200625737 CIP    "ip":"172.90.36.99", "remotePort":"57439", "chatNetwork":"Unknown"

2017/08/08 13:57:14 UTC 1502200634521 CIP    "ip":"172.90.36.99", "remotePort":"57445", "chatNetwork":"Unknown"

2017/08/08 13:57:32 UTC 1502200652776 CIP    "ip":"172.90.36.99", "remotePort":"57449", "chatNetwork":"Unknown"

2017/08/08 14:16:17 UTC 1502201777820 CIP    "ip":"172.90.36.99", "remotePort":"57455", "chatNetwork":"Unknown"

2017/08/08 14:39:53 UTC 1502203193837 CIP    "ip":"172.90.36.99", "remotePort":"57459", "chatNetwork":"Unknown"

2017/08/08 14:41:13 UTC 1502203273299 CIP    "ip":"172.90.36.99", "remotePort":"57463", "chatNetwork":"Unknown"

2017/08/08 14:46:17 UTC 1502203577821 CIP    "ip":"172.90.36.99", "remotePort":"57468", "chatNetwork":"Unknown"

2017/08/08 14:47:09 UTC 1502203629923 CIP    "ip":"172.90.36.99", "remotePort":"57476", "chatNetwork":"Unknown"

2017/08/08 14:56:45 UTC 1502204205524 CIP    "ip":"172.90.36.99", "remotePort":"57480", "chatNetwork":"Unknown"

2017/08/08 14:59:14 UTC 1502204354431 CIP    "ip":"172.90.36.99", "remotePort":"57484", "chatNetwork":"Unknown"

2017/08/08 15:21:10 UTC 1502205670394 CIP    "ip":"172.90.36.99", "remotePort":"57493", "chatNetwork":"Unknown"

2017/08/08 15:31:10 UTC 1502206270621 CIP    "ip":"172.90.36.99", "remotePort":"57500", "chatNetwork":"Unknown"

2017/08/08 15:39:38 UTC 1502206778296 CIP    "ip":"172.90.36.99", "remotePort":"57507", "chatNetwork":"Unknown"

| | | | |
|---|---|---|---|
| 2017/08/08 15:59:42 UTC | 1502207982823 | CIP | "ip":"172.90.36.99", "remotePort":"57511", "chatNetwork":"Unknown" |
| 2017/08/08 16:14:08 UTC | 1502208848952 | CIP | "ip":"172.90.36.99", "remotePort":"57518", "chatNetwork":"Unknown" |
| 2017/08/08 16:16:24 UTC | 1502208984468 | CIP | "ip":"172.90.36.99", "remotePort":"57524", "chatNetwork":"Unknown" |
| 2017/08/08 16:19:53 UTC | 1502209193324 | CIP | "ip":"172.90.36.99", "remotePort":"57528", "chatNetwork":"Unknown" |
| 2017/08/08 16:20:41 UTC | 1502209241243 | CIP | "ip":"172.90.36.99", "remotePort":"57534", "chatNetwork":"Unknown" |
| 2017/08/08 16:21:02 UTC | 1502209262864 | CIP | "ip":"172.90.36.99", "remotePort":"57540", "chatNetwork":"Unknown" |
| 2017/08/08 16:21:18 UTC | 1502209278629 | CIP | "ip":"172.90.36.99", "remotePort":"57544", "chatNetwork":"Unknown" |
| 2017/08/08 16:21:37 UTC | 1502209297427 | CIP | "ip":"172.90.36.99", "remotePort":"57546", "chatNetwork":"Unknown" |
| 2017/08/08 16:23:19 UTC | 1502209399486 | CIP | "ip":"172.90.36.99", "remotePort":"57550", "chatNetwork":"Unknown" |
| 2017/08/08 16:23:37 UTC | 1502209417375 | CIP | "ip":"172.90.36.99", "remotePort":"57553", "chatNetwork":"Unknown" |
| 2017/08/08 16:23:55 UTC | 1502209435957 | CIP | "ip":"172.90.36.99", "remotePort":"57557", "chatNetwork":"Unknown" |
| 2017/08/08 16:24:06 UTC | 1502209446545 | CIP | "ip":"172.90.36.99", "remotePort":"57559", "chatNetwork":"Unknown" |
| 2017/08/08 16:24:18 UTC | 1502209458143 | CIP | "ip":"172.90.36.99", "remotePort":"57564", "chatNetwork":"Unknown" |
| 2017/08/08 16:24:28 UTC | 1502209468227 | CIP | "ip":"172.90.36.99", "remotePort":"57568", "chatNetwork":"Unknown" |
| 2017/08/08 16:24:39 UTC | 1502209479395 | CIP | "ip":"172.90.36.99", "remotePort":"57570", "chatNetwork":"Unknown" |
| 2017/08/08 16:24:56 UTC | 1502209496948 | CIP | "ip":"172.90.36.99", "remotePort":"57576", "chatNetwork":"Unknown" |
| 2017/08/08 16:29:32 UTC | 1502209772124 | CIP | "ip":"172.90.36.99", "remotePort":"57578", "chatNetwork":"Unknown" |
| 2017/08/08 16:44:26 UTC | 1502210666543 | CIP | "ip":"172.90.36.99", "remotePort":"57584", "chatNetwork":"Unknown" |
| 2017/08/08 16:56:23 UTC | 1502211383354 | CIP | "ip":"172.90.36.99", "remotePort":"57591", "chatNetwork":"Unknown" |
| 2017/08/08 16:56:36 UTC | 1502211396391 | CIP | "ip":"172.90.36.99", "remotePort":"57597", "chatNetwork":"Unknown" |
| 2017/08/08 16:56:42 UTC | 1502211402617 | CIP | "ip":"172.90.36.99", "remotePort":"57599", "chatNetwork":"Unknown" |
| 2017/08/08 17:25:36 UTC | 1502213136703 | CIP | "ip":"172.90.36.99", "remotePort":"57604", "chatNetwork":"Unknown" |
| 2017/08/08 17:50:36 UTC | 1502214636010 | CIP | "ip":"172.90.36.99", "remotePort":"57612", "chatNetwork":"Unknown" |
| 2017/08/08 17:56:58 UTC | 1502215018617 | CIP | "ip":"172.90.36.99", "remotePort":"57629", "chatNetwork":"Unknown" |
| 2017/08/08 17:57:12 UTC | 1502215032116 | CIP | "ip":"172.90.36.99", "remotePort":"57632", "chatNetwork":"Unknown" |

USAO_002842

2017/08/08 18:04:59 UTC 1502215499937 CIP    "ip":"172.90.36.99", "remotePort":"57636", "chatNetwork":"Unknown"

2017/08/08 18:06:08 UTC 1502215568622 CIP    "ip":"172.90.36.99", "remotePort":"57643", "chatNetwork":"Unknown"

2017/08/08 18:11:04 UTC 1502215864040 CIP    "ip":"172.90.36.99", "remotePort":"57649", "chatNetwork":"Unknown"

2017/08/08 18:31:16 UTC 1502217076866 CIP    "ip":"172.90.36.99", "remotePort":"57651", "chatNetwork":"Unknown"

2017/08/08 18:56:54 UTC 1502218614185 CIP    "ip":"172.90.36.99", "remotePort":"57674", "chatNetwork":"Unknown"

2017/08/08 19:02:01 UTC 1502218921884 CIP    "ip":"172.90.36.99", "remotePort":"57683", "chatNetwork":"Unknown"

2017/08/08 19:47:26 UTC 1502221646974 CIP    "ip":"172.90.36.99", "remotePort":"57692", "chatNetwork":"Unknown"

2017/08/08 19:58:16 UTC 1502222296221 CIP    "ip":"172.90.36.99", "remotePort":"57701", "chatNetwork":"Unknown"

2017/08/08 23:19:01 UTC 1502234341154 CIP    "ip":"172.90.36.99", "remotePort":"57762", "chatNetwork":"Unknown"

2017/08/08 23:25:13 UTC 1502234713136 CIP    "ip":"172.90.36.99", "remotePort":"57840", "chatNetwork":"Unknown"

2017/08/08 23:28:15 UTC 1502234895030 CIP    "ip":"172.90.36.99", "remotePort":"57847", "chatNetwork":"Unknown"

2017/08/08 23:29:37 UTC 1502234977060 CIP    "ip":"172.90.36.99", "remotePort":"57850", "chatNetwork":"Unknown"

2017/08/08 23:31:02 UTC 1502235062015 CIP    "ip":"172.90.36.99", "remotePort":"57854", "chatNetwork":"Unknown"

2017/08/08 23:32:35 UTC 1502235155454 CIP    "ip":"172.90.36.99", "remotePort":"57858", "chatNetwork":"Unknown"

2017/08/08 23:32:49 UTC 1502235169410 CIP    "ip":"172.90.36.99", "remotePort":"57863", "chatNetwork":"Unknown"

2017/08/09 00:00:06 UTC 1502236806780 CIP    "ip":"172.90.36.99", "remotePort":"57877", "chatNetwork":"Unknown"

2017/08/09 00:01:23 UTC 1502236883108 CIP    "ip":"172.90.36.99", "remotePort":"57893", "chatNetwork":"Unknown"

2017/08/09 00:02:01 UTC 1502236921469 CIP    "ip":"172.90.36.99", "remotePort":"57904", "chatNetwork":"Unknown"

2017/08/09 00:46:12 UTC 1502239572497 CIP    "ip":"172.90.36.99", "remotePort":"57908", "chatNetwork":"Unknown"

2017/08/09 00:47:40 UTC 1502239660830 CIP    "ip":"172.90.36.99", "remotePort":"57915", "chatNetwork":"Unknown"

2017/08/09 00:48:15 UTC 1502239695567 CIP    "ip":"172.90.36.99", "remotePort":"57920", "chatNetwork":"Unknown"

2017/08/09 00:48:57 UTC 1502239737010 CIP    "ip":"172.90.36.99", "remotePort":"57923", "chatNetwork":"Unknown"

2017/08/09 00:50:03 UTC 1502239803497 CIP    "ip":"172.90.36.99", "remotePort":"57928", "chatNetwork":"Unknown"

2017/08/09 00:50:19 UTC 1502239819702 CIP    "ip":"172.90.36.99", "remotePort":"57931", "chatNetwork":"Unknown"

2017/08/09 00:50:30 UTC 1502239830109 CIP    "ip":"172.90.36.99", "remotePort":"57935", "chatNetwork":"Unknown"

2017/08/09 00:50:46 UTC 1502239846728 CIP    "ip":"172.90.36.99", "remotePort":"57938", "chatNetwork":"Unknown"

2017/08/09 00:50:55 UTC 1502239855898 CIP    "ip":"172.90.36.99", "remotePort":"57940", "chatNetwork":"Unknown"

2017/08/09 00:52:13 UTC 1502239933987 CIP    "ip":"172.90.36.99", "remotePort":"57944", "chatNetwork":"Unknown"

2017/08/09 00:53:23 UTC 1502240003721 CIP    "ip":"172.90.36.99", "remotePort":"57947", "chatNetwork":"Unknown"

2017/08/09 00:53:27 UTC 1502240007464 CIP    "ip":"172.90.36.99", "remotePort":"57951", "chatNetwork":"Unknown"

2017/08/09 01:12:56 UTC 1502241176832 CIP    "ip":"172.90.36.99", "remotePort":"57953", "chatNetwork":"Unknown"

2017/08/09 01:15:09 UTC 1502241309877 CIP    "ip":"172.90.36.99", "remotePort":"57960", "chatNetwork":"Unknown"

2017/08/09 01:31:42 UTC 1502242302708 CIP    "ip":"172.90.36.99", "remotePort":"57971", "chatNetwork":"Unknown"

2017/08/09 01:31:51 UTC 1502242311045 CIP    "ip":"172.90.36.99", "remotePort":"57980", "chatNetwork":"Unknown"

2017/08/09 02:19:01 UTC 1502245141264 CIP    "ip":"172.90.36.99", "remotePort":"58588", "chatNetwork":"Unknown"

2017/08/09 02:40:47 UTC 1502246447795 CIP    "ip":"172.90.36.99", "remotePort":"58692", "chatNetwork":"Unknown"

2017/08/09 02:43:12 UTC 1502246592447 CIP    "ip":"172.90.36.99", "remotePort":"58722", "chatNetwork":"Unknown"

2017/08/09 02:46:11 UTC 1502246771399 CIP    "ip":"172.90.36.99", "remotePort":"58745", "chatNetwork":"Unknown"

2017/08/09 02:48:18 UTC 1502246898898 CIP    "ip":"172.90.36.99", "remotePort":"58748", "chatNetwork":"Unknown"

2017/08/09 02:53:08 UTC 1502247188704 CIP    "ip":"172.90.36.99", "remotePort":"58752", "chatNetwork":"Unknown"

2017/08/09 02:56:52 UTC 1502247412792 CIP    "ip":"172.90.36.99", "remotePort":"58758", "chatNetwork":"Unknown"

2017/08/09 02:58:27 UTC 1502247507168 CIP    "ip":"172.90.36.99", "remotePort":"58763", "chatNetwork":"Unknown"

2017/08/09 02:58:42 UTC 1502247522429 CIP    "ip":"172.90.36.99", "remotePort":"58766", "chatNetwork":"Unknown"

2017/08/09 02:59:18 UTC 1502247558544 CIP    "ip":"172.90.36.99", "remotePort":"58770", "chatNetwork":"Unknown"

2017/08/09 02:59:45 UTC 1502247585627 CIP    "ip":"172.90.36.99", "remotePort":"58773", "chatNetwork":"Unknown"

2017/08/09 03:00:43 UTC 1502247643481 CIP    "ip":"172.90.36.99", "remotePort":"58777", "chatNetwork":"Unknown"

2017/08/09 03:01:05 UTC 1502247665387 CIP    "ip":"172.90.36.99", "remotePort":"58780", "chatNetwork":"Unknown"

2017/08/09 03:01:28 UTC 1502247688871 CIP    "ip":"172.90.36.99", "remotePort":"58784", "chatNetwork":"Unknown"

2017/08/09 03:26:30 UTC 1502249190922 CIP    "ip":"172.90.36.99", "remotePort":"58794", "chatNetwork":"Unknown"

2017/08/09 03:26:44 UTC 1502249204444 CIP    "ip":"172.90.36.99", "remotePort":"58798", "chatNetwork":"Unknown"

USAO_002844

2017/08/09 19:23:45 UTC 1502306625413 CIP    "ip":"172.90.36.99", "remotePort":"58856", "chatNetwork":"Unknown"

2017/08/09 21:14:07 UTC 1502313247009 CIP    "ip":"172.90.36.99", "remotePort":"58961", "chatNetwork":"Unknown"

2017/08/10 02:56:18 UTC 1502333778466 CIP    "ip":"172.90.36.99", "remotePort":"59017", "chatNetwork":"Unknown"

2017/08/10 03:45:04 UTC 1502336704055 CIP    "ip":"172.90.36.99", "remotePort":"59564", "chatNetwork":"Unknown"

2017/08/10 03:57:27 UTC 1502337447131 CIP    "ip":"172.90.36.99", "remotePort":"59571", "chatNetwork":"Unknown"

2017/08/10 04:15:12 UTC 1502338512778 CIP    "ip":"172.90.36.99", "remotePort":"59584", "chatNetwork":"Unknown"

2017/08/10 04:41:14 UTC 1502340074424 CIP    "ip":"172.90.36.99", "remotePort":"59594", "chatNetwork":"Unknown"

2017/08/10 04:50:01 UTC 1502340601306 CIP    "ip":"172.90.36.99", "remotePort":"59608", "chatNetwork":"Unknown"

2017/08/10 05:34:06 UTC 1502343246081 CIP    "ip":"172.90.36.99", "remotePort":"59615", "chatNetwork":"Unknown"

2017/08/10 06:28:14 UTC 1502346494807 CIP    "ip":"172.90.36.99", "remotePort":"59633", "chatNetwork":"Unknown"

2017/08/10 06:33:16 UTC 1502346796907 CIP    "ip":"172.90.36.99", "remotePort":"59642", "chatNetwork":"Unknown"

2017/08/10 06:44:40 UTC 1502347480999 CIP    "ip":"172.90.36.99", "remotePort":"59647", "chatNetwork":"Unknown"

2017/08/10 07:09:10 UTC 1502348950302 CIP    "ip":"172.90.36.99", "remotePort":"59653", "chatNetwork":"Unknown"

2017/08/10 07:32:19 UTC 1502350339287 CIP    "ip":"172.90.36.99", "remotePort":"59660", "chatNetwork":"Unknown"

2017/08/10 07:57:08 UTC 1502351828973 CIP    "ip":"172.90.36.99", "remotePort":"59666", "chatNetwork":"Unknown"

2017/08/10 08:54:53 UTC 1502355293147 CIP    "ip":"172.90.36.99", "remotePort":"59672", "chatNetwork":"Unknown"

2017/08/10 08:57:57 UTC 1502355477532 CIP    "ip":"172.90.36.99", "remotePort":"59680", "chatNetwork":"Unknown"

2017/08/10 09:21:17 UTC 1502356877028 CIP    "ip":"172.90.36.99", "remotePort":"59687", "chatNetwork":"Unknown"

2017/08/10 10:11:08 UTC 1502359868935 CIP    "ip":"172.90.36.99", "remotePort":"59692", "chatNetwork":"Unknown"

2017/08/10 10:33:22 UTC 1502361202553 CIP    "ip":"172.90.36.99", "remotePort":"59700", "chatNetwork":"Unknown"

2017/08/10 10:59:12 UTC 1502362752159 CIP    "ip":"172.90.36.99", "remotePort":"59705", "chatNetwork":"Unknown"

2017/08/10 11:04:38 UTC 1502363078060 CIP    "ip":"172.90.36.99", "remotePort":"59712", "chatNetwork":"Unknown"

2017/08/10 11:11:15 UTC 1502363475438 CIP    "ip":"172.90.36.99", "remotePort":"59717", "chatNetwork":"Unknown"

2017/08/10 11:18:33 UTC 1502363913622 CIP    "ip":"172.90.36.99", "remotePort":"59724", "chatNetwork":"Unknown"

2017/08/10 11:18:49 UTC 1502363929703 CIP    "ip":"172.90.36.99", "remotePort":"59732", "chatNetwork":"Unknown"

USAO_002845

2017/08/10 11:23:31 UTC 1502364211902 CIP    "ip":"172.90.36.99", "remotePort":"59738", "chatNetwork":"Unknown"

2017/08/10 11:46:38 UTC 1502365598886 CIP    "ip":"172.90.36.99", "remotePort":"59747", "chatNetwork":"Unknown"

2017/08/10 12:22:14 UTC 1502367734659 CIP    "ip":"172.90.36.99", "remotePort":"59754", "chatNetwork":"Unknown"

2017/08/10 12:59:45 UTC 1502369985965 CIP    "ip":"172.90.36.99", "remotePort":"59765", "chatNetwork":"Unknown"

2017/08/10 13:24:13 UTC 1502371453393 CIP    "ip":"172.90.36.99", "remotePort":"59775", "chatNetwork":"Unknown"

2017/08/10 13:44:08 UTC 1502372648711 CIP    "ip":"172.90.36.99", "remotePort":"59781", "chatNetwork":"Unknown"

2017/08/10 13:50:35 UTC 1502373035827 CIP    "ip":"172.90.36.99", "remotePort":"59787", "chatNetwork":"Unknown"

2017/08/10 14:13:53 UTC 1502374433917 CIP    "ip":"172.90.36.99", "remotePort":"59799", "chatNetwork":"Unknown"

2017/08/10 14:33:52 UTC 1502375632213 CIP    "ip":"172.90.36.99", "remotePort":"59806", "chatNetwork":"Unknown"

2017/08/10 14:48:17 UTC 1502376497449 CIP    "ip":"172.90.36.99", "remotePort":"59811", "chatNetwork":"Unknown"

2017/08/10 14:52:03 UTC 1502376723001 CIP    "ip":"172.90.36.99", "remotePort":"59816", "chatNetwork":"Unknown"

2017/08/10 14:56:43 UTC 1502377003733 CIP    "ip":"172.90.36.99", "remotePort":"59820", "chatNetwork":"Unknown"

2017/08/10 14:57:50 UTC 1502377070094 CIP    "ip":"172.90.36.99", "remotePort":"59826", "chatNetwork":"Unknown"

2017/08/10 14:59:04 UTC 1502377144311 CIP    "ip":"172.90.36.99", "remotePort":"59829", "chatNetwork":"Unknown"

2017/08/10 15:23:36 UTC 1502378616269 CIP    "ip":"172.90.36.99", "remotePort":"59835", "chatNetwork":"Unknown"

2017/08/10 15:42:53 UTC 1502379773302 CIP    "ip":"172.90.36.99", "remotePort":"59837", "chatNetwork":"Unknown"

2017/08/10 15:44:41 UTC 1502379881514 CIP    "ip":"172.90.36.99", "remotePort":"59843", "chatNetwork":"Unknown"

2017/08/10 15:45:20 UTC 1502379920334 CIP    "ip":"172.90.36.99", "remotePort":"59846", "chatNetwork":"Unknown"

2017/08/10 15:46:19 UTC 1502379979050 CIP    "ip":"172.90.36.99", "remotePort":"59851", "chatNetwork":"Unknown"

2017/08/10 15:46:38 UTC 1502379998912 CIP    "ip":"172.90.36.99", "remotePort":"59855", "chatNetwork":"Unknown"

2017/08/10 16:11:16 UTC 1502381476186 CIP    "ip":"172.90.36.99", "remotePort":"59859", "chatNetwork":"Unknown"

2017/08/10 16:24:52 UTC 1502382292965 CIP    "ip":"172.90.36.99", "remotePort":"59863", "chatNetwork":"Unknown"

2017/08/10 16:26:14 UTC 1502382374555 CIP    "ip":"172.90.36.99", "remotePort":"59870", "chatNetwork":"Unknown"

2017/08/10 16:32:30 UTC 1502382750589 CIP    "ip":"172.90.36.99", "remotePort":"59877", "chatNetwork":"Unknown"

2017/08/10 16:52:35 UTC 1502383955506 CIP    "ip":"172.90.36.99", "remotePort":"59883", "chatNetwork":"Unknown"

USAO_002846

2017/08/10 16:59:04 UTC 1502384344934 CIP    "ip":"172.90.36.99", "remotePort":"59889", "chatNetwork":"Unknown"

2017/08/10 16:59:28 UTC 1502384368312 CIP    "ip":"172.90.36.99", "remotePort":"59899", "chatNetwork":"Unknown"

2017/08/10 18:46:48 UTC 1502390808422 CIP    "ip":"172.90.36.99", "remotePort":"59907", "chatNetwork":"Unknown"

2017/08/11 01:11:59 UTC 1502413919342 CIP    "ip":"172.90.36.99", "remotePort":"59988", "chatNetwork":"Unknown"

2017/08/11 01:46:08 UTC 1502415968058 CIP    "ip":"184.254.139.173", "remotePort":"60041", "chatNetwork":"Unknown"

2017/08/11 01:52:48 UTC 1502416368019 CIP    "ip":"184.254.139.173", "remotePort":"60231", "chatNetwork":"Unknown"

2017/08/11 02:04:27 UTC 1502417067705 CIP    "ip":"172.90.36.99", "remotePort":"60249", "chatNetwork":"Unknown"

2017/08/11 02:10:26 UTC 1502417426698 CIP    "ip":"172.90.36.99", "remotePort":"60398", "chatNetwork":"Unknown"

2017/08/11 16:40:57 UTC 1502469657103 CIP    "ip":"172.90.36.99", "remotePort":"60455", "chatNetwork":"Unknown"

2017/08/11 21:33:34 UTC 1502487214752 CIP    "ip":"184.254.97.4", "remotePort":"60508", "chatNetwork":"Unknown"

2017/08/11 23:56:34 UTC 1502495794868 CIP    "ip":"173.116.190.165", "remotePort":"60538", "chatNetwork":"Unknown"

2017/08/12 00:01:52 UTC 1502496112562 CIP    "ip":"173.116.190.165", "remotePort":"60573", "chatNetwork":"Unknown"

2017/08/12 00:24:45 UTC 1502497485238 CIP    "ip":"173.116.190.165", "remotePort":"60679", "chatNetwork":"Unknown"

2017/08/12 01:13:59 UTC 1502500439645 CIP    "ip":"173.116.202.164", "remotePort":"60738", "chatNetwork":"Unknown"

2017/08/12 01:21:11 UTC 1502500871508 CIP    "ip":"173.116.202.164", "remotePort":"60768", "chatNetwork":"Unknown"

2017/08/12 01:23:45 UTC 1502501025736 CIP    "ip":"173.116.202.164", "remotePort":"60787", "chatNetwork":"Unknown"

2017/08/12 01:29:54 UTC 1502501394155 CIP    "ip":"173.116.202.164", "remotePort":"60798", "chatNetwork":"Unknown"

2017/08/12 01:33:55 UTC 1502501635275 CIP    "ip":"173.116.202.164", "remotePort":"60814", "chatNetwork":"Unknown"

2017/08/12 01:39:27 UTC 1502501967672 CIP    "ip":"172.90.36.99", "remotePort":"60832", "chatNetwork":"Unknown"

2017/08/12 03:20:58 UTC 1502508058575 CIP    "ip":"172.90.36.99", "remotePort":"60861", "chatNetwork":"Unknown"

2017/08/12 03:32:02 UTC 1502508722762 CIP    "ip":"172.90.36.99", "remotePort":"60912", "chatNetwork":"Unknown"

2017/08/12 03:52:15 UTC 1502509935083 CIP    "ip":"172.90.36.99", "remotePort":"60918", "chatNetwork":"Unknown"

2017/08/12 04:17:12 UTC 1502511432304 CIP    "ip":"172.90.36.99", "remotePort":"60959", "chatNetwork":"Unknown"

2017/08/12 04:23:55 UTC 1502511835795 CIP    "ip":"172.90.36.99", "remotePort":"60987", "chatNetwork":"Unknown"

2017/08/12 04:24:06 UTC 1502511846166 CIP    "ip":"172.90.36.99", "remotePort":"60991", "chatNetwork":"Unknown"

USAO_002847

2017/08/12 04:24:31 UTC 1502511871587 CIP    "ip":"172.90.36.99", "remotePort":"60995", "chatNetwork":"Unknown"

2017/08/12 04:24:55 UTC 1502511895658 CIP    "ip":"172.90.36.99", "remotePort":"60997", "chatNetwork":"Unknown"

2017/08/12 04:25:59 UTC 1502511959331 CIP    "ip":"172.90.36.99", "remotePort":"61000", "chatNetwork":"Unknown"

2017/08/12 04:26:11 UTC 1502511971852 CIP    "ip":"172.90.36.99", "remotePort":"61004", "chatNetwork":"Unknown"

2017/08/12 04:26:28 UTC 1502511988927 CIP    "ip":"172.90.36.99", "remotePort":"61008", "chatNetwork":"Unknown"

2017/08/12 04:42:08 UTC 1502512928359 CIP    "ip":"172.90.36.99", "remotePort":"61011", "chatNetwork":"Unknown"

2017/08/12 04:44:21 UTC 1502513061320 CIP    "ip":"172.90.36.99", "remotePort":"61015", "chatNetwork":"Unknown"

2017/08/12 04:44:45 UTC 1502513085697 CIP    "ip":"172.90.36.99", "remotePort":"61020", "chatNetwork":"Unknown"

2017/08/12 04:45:13 UTC 1502513113681 CIP    "ip":"172.90.36.99", "remotePort":"61022", "chatNetwork":"Unknown"

2017/08/12 04:45:26 UTC 1502513126863 CIP    "ip":"172.90.36.99", "remotePort":"61027", "chatNetwork":"Unknown"

2017/08/12 04:45:48 UTC 1502513148051 CIP    "ip":"172.90.36.99", "remotePort":"61029", "chatNetwork":"Unknown"

2017/08/12 05:02:39 UTC 1502514159002 CIP    "ip":"172.90.36.99", "remotePort":"61033", "chatNetwork":"Unknown"

2017/08/12 05:08:31 UTC 1502514511726 CIP    "ip":"172.90.36.99", "remotePort":"61040", "chatNetwork":"Unknown"

2017/08/12 05:13:05 UTC 1502514785583 CIP    "ip":"172.90.36.99", "remotePort":"61045", "chatNetwork":"Unknown"

2017/08/12 05:15:12 UTC 1502514912968 CIP    "ip":"172.90.36.99", "remotePort":"61055", "chatNetwork":"Unknown"

2017/08/12 05:24:48 UTC 1502515488471 CIP    "ip":"172.90.36.99", "remotePort":"61072", "chatNetwork":"Unknown"

2017/08/12 05:32:10 UTC 1502515930105 CIP    "ip":"172.90.36.99", "remotePort":"61079", "chatNetwork":"Unknown"

2017/08/12 12:01:09 UTC 1502539269648 CIP    "ip":"172.90.36.99", "remotePort":"61113", "chatNetwork":"Unknown"

2017/08/12 12:20:46 UTC 1502540446784 CIP    "ip":"172.90.36.99", "remotePort":"61142", "chatNetwork":"Unknown"

2017/08/12 12:24:42 UTC 1502540682488 CIP    "ip":"172.90.36.99", "remotePort":"61158", "chatNetwork":"Unknown"

2017/08/12 13:26:14 UTC 1502544374785 CIP    "ip":"184.254.205.28", "remotePort":"61183", "chatNetwork":"Unknown"

2017/08/12 13:29:32 UTC 1502544572876 CIP    "ip":"184.254.205.28", "remotePort":"61198", "chatNetwork":"Unknown"

2017/08/12 21:13:32 UTC 1502572412828 CIP    "ip":"184.254.210.64", "remotePort":"61218", "chatNetwork":"Unknown"

2017/08/12 21:17:50 UTC 1502572670761 CIP    "ip":"184.254.210.64", "remotePort":"61297", "chatNetwork":"Unknown"

2017/08/12 21:21:03 UTC 1502572863086 CIP    "ip":"184.254.210.64", "remotePort":"61309", "chatNetwork":"Unknown"

USAO_002848

2017/08/12 21:39:28 UTC 1502573968832 CIP    "ip":"184.254.210.64", "remotePort":"61372", "chatNetwork":"Unknown"

2017/08/12 21:47:31 UTC 1502574451472 CIP    "ip":"184.254.210.64", "remotePort":"61411", "chatNetwork":"Unknown"

2017/08/12 21:50:01 UTC 1502574601261 CIP    "ip":"184.254.210.64", "remotePort":"61416", "chatNetwork":"Unknown"

2017/08/12 21:54:09 UTC 1502574849483 CIP    "ip":"184.254.210.64", "remotePort":"61425", "chatNetwork":"Unknown"

2017/08/12 22:05:25 UTC 1502575525906 CIP    "ip":"184.254.210.64", "remotePort":"61513", "chatNetwork":"Unknown"

2017/08/12 22:37:40 UTC 1502577460669 CIP    "ip":"173.116.172.226", "remotePort":"61535", "chatNetwork":"Unknown"

2017/08/12 22:41:52 UTC 1502577712772 CIP    "ip":"173.116.172.226", "remotePort":"61552", "chatNetwork":"Unknown"

2017/08/12 22:45:09 UTC 1502577909797 CIP    "ip":"173.116.172.226", "remotePort":"61562", "chatNetwork":"Unknown"

2017/08/12 22:56:05 UTC 1502578565632 CIP    "ip":"173.116.172.226", "remotePort":"61583", "chatNetwork":"Unknown"

2017/08/12 23:03:29 UTC 1502579009532 CIP    "ip":"173.116.172.226", "remotePort":"61588", "chatNetwork":"Unknown"

2017/08/12 23:04:04 UTC 1502579044096 CIP    "ip":"173.116.172.226", "remotePort":"61598", "chatNetwork":"Unknown"

2017/08/12 23:12:53 UTC 1502579573772 CIP    "ip":"173.116.172.226", "remotePort":"61614", "chatNetwork":"Unknown"

2017/08/12 23:12:58 UTC 1502579578855 CIP    "ip":"173.116.172.226", "remotePort":"61618", "chatNetwork":"Unknown"

2017/08/12 23:13:04 UTC 1502579584625 CIP    "ip":"173.116.172.226", "remotePort":"61621", "chatNetwork":"Unknown"

2017/08/12 23:13:29 UTC 1502579609827 CIP    "ip":"173.116.172.226", "remotePort":"61626", "chatNetwork":"Unknown"

2017/08/12 23:16:28 UTC 1502579788598 CIP    "ip":"172.90.36.99", "remotePort":"61635", "chatNetwork":"Unknown"

2017/08/12 23:19:11 UTC 1502579951109 CIP    "ip":"172.90.36.99", "remotePort":"61639", "chatNetwork":"Unknown"

2017/08/12 23:27:14 UTC 1502580434894 CIP    "ip":"172.90.36.99", "remotePort":"61646", "chatNetwork":"Unknown"

2017/08/12 23:33:43 UTC 1502580823671 CIP    "ip":"172.90.36.99", "remotePort":"61664", "chatNetwork":"Unknown"

2017/08/12 23:36:09 UTC 1502580969130 CIP    "ip":"172.90.36.99", "remotePort":"61676", "chatNetwork":"Unknown"

2017/08/12 23:40:53 UTC 1502581253612 CIP    "ip":"172.90.36.99", "remotePort":"61692", "chatNetwork":"Unknown"

2017/08/13 05:45:23 UTC 1502603123659 CIP    "ip":"172.90.36.99", "remotePort":"61773", "chatNetwork":"Unknown"

2017/08/13 12:02:51 UTC 1502625771693 CIP    "ip":"172.90.36.99", "remotePort":"61821", "chatNetwork":"Unknown"

2017/08/13 12:22:59 UTC 1502626979271 CIP    "ip":"172.90.36.99", "remotePort":"61926", "chatNetwork":"Unknown"

2017/08/13 12:30:54 UTC 1502627454152 CIP    "ip":"172.90.36.99", "remotePort":"61947", "chatNetwork":"Unknown"

USAO_002849

2017/08/13 12:39:17 UTC 1502627957310 CIP    "ip":"173.116.180.10", "remotePort":"61974", "chatNetwork":"Unknown"

2017/08/13 12:52:26 UTC 1502628746441 CIP    "ip":"173.116.180.10", "remotePort":"62004", "chatNetwork":"Unknown"

2017/08/13 12:52:59 UTC 1502628779649 CIP    "ip":"173.116.180.10", "remotePort":"62011", "chatNetwork":"Unknown"

2017/08/13 13:01:05 UTC 1502629265211 CIP    "ip":"173.116.180.10", "remotePort":"62016", "chatNetwork":"Unknown"

2017/08/13 13:02:03 UTC 1502629323565 CIP    "ip":"173.116.180.10", "remotePort":"62020", "chatNetwork":"Unknown"

2017/08/13 13:02:13 UTC 1502629333482 CIP    "ip":"173.116.180.10", "remotePort":"62026", "chatNetwork":"Unknown"

2017/08/13 13:09:25 UTC 1502629765157 CIP    "ip":"173.116.180.10", "remotePort":"62030", "chatNetwork":"Unknown"

2017/08/13 13:14:06 UTC 1502630046195 CIP    "ip":"173.116.180.10", "remotePort":"62033", "chatNetwork":"Unknown"

2017/08/13 13:14:31 UTC 1502630071545 CIP    "ip":"173.116.180.10", "remotePort":"62036", "chatNetwork":"Unknown"

2017/08/13 13:19:30 UTC 1502630370996 CIP    "ip":"173.116.180.10", "remotePort":"62042", "chatNetwork":"Unknown"

2017/08/13 13:25:09 UTC 1502630709362 CIP    "ip":"173.116.180.10", "remotePort":"62052", "chatNetwork":"Unknown"

2017/08/13 13:36:31 UTC 1502631391336 CIP    "ip":"173.116.180.10", "remotePort":"62091", "chatNetwork":"Unknown"

2017/08/13 13:40:29 UTC 1502631629792 CIP    "ip":"173.116.180.10", "remotePort":"62094", "chatNetwork":"Unknown"

2017/08/13 13:40:32 UTC 1502631632785 CIP    "ip":"173.116.180.10", "remotePort":"62101", "chatNetwork":"Unknown"

2017/08/13 13:51:45 UTC 1502632305002 CIP    "ip":"173.116.180.10", "remotePort":"62155", "chatNetwork":"Unknown"

2017/08/13 13:53:08 UTC 1502632388570 CIP    "ip":"173.116.180.10", "remotePort":"62163", "chatNetwork":"Unknown"

2017/08/13 14:00:03 UTC 1502632803527 CIP    "ip":"173.116.180.10", "remotePort":"62190", "chatNetwork":"Unknown"

2017/08/13 14:06:02 UTC 1502633162591 CIP    "ip":"173.116.180.10", "remotePort":"62212", "chatNetwork":"Unknown"

2017/08/13 14:10:34 UTC 1502633434028 CIP    "ip":"173.116.180.10", "remotePort":"62243", "chatNetwork":"Unknown"

2017/08/13 14:25:14 UTC 1502634314742 CIP    "ip":"173.116.180.10", "remotePort":"62282", "chatNetwork":"Unknown"

2017/08/13 14:25:27 UTC 1502634327917 CIP    "ip":"173.116.180.10", "remotePort":"62292", "chatNetwork":"Unknown"

2017/08/13 14:38:04 UTC 1502635084642 CIP    "ip":"173.116.180.10", "remotePort":"62298", "chatNetwork":"Unknown"

2017/08/13 14:51:10 UTC 1502635870053 CIP    "ip":"173.116.180.10", "remotePort":"49203", "chatNetwork":"Unknown"

2017/08/13 14:55:00 UTC 1502636100119 CIP    "ip":"173.116.180.10", "remotePort":"49228", "chatNetwork":"Unknown"

2017/08/13 14:58:11 UTC 1502636291363 CIP    "ip":"173.116.180.10", "remotePort":"49239", "chatNetwork":"Unknown"

USAO_002850

2017/08/13 14:59:57 UTC 1502636397045 CIP   "ip":"173.116.180.10", "remotePort":"49246", "chatNetwork":"Unknown"

2017/08/13 15:01:00 UTC 1502636460716 CIP   "ip":"173.116.180.10", "remotePort":"49249", "chatNetwork":"Unknown"

2017/08/13 15:01:43 UTC 1502636503211 CIP   "ip":"173.116.180.10", "remotePort":"49261", "chatNetwork":"Unknown"

2017/08/13 15:02:29 UTC 1502636549195 CIP   "ip":"184.254.79.221", "remotePort":"49280", "chatNetwork":"Unknown"

2017/08/13 15:03:04 UTC 1502636584137 CIP   "ip":"184.254.79.221", "remotePort":"49296", "chatNetwork":"Unknown"

2017/08/13 15:03:10 UTC 1502636590061 CIP   "ip":"184.254.79.221", "remotePort":"49290", "chatNetwork":"Unknown"

2017/08/13 15:03:16 UTC 1502636596469 CIP   "ip":"184.254.79.221", "remotePort":"49298", "chatNetwork":"Unknown"

2017/08/13 15:05:32 UTC 1502636732044 CIP   "ip":"184.254.79.221", "remotePort":"49304", "chatNetwork":"Unknown"

2017/08/13 15:05:51 UTC 1502636751398 CIP   "ip":"184.254.79.221", "remotePort":"49308", "chatNetwork":"Unknown"

2017/08/13 15:06:05 UTC 1502636765072 CIP   "ip":"184.254.79.221", "remotePort":"49309", "chatNetwork":"Unknown"

2017/08/13 15:06:50 UTC 1502636810002 CIP   "ip":"184.254.79.221", "remotePort":"49314", "chatNetwork":"Unknown"

2017/08/13 15:07:44 UTC 1502636864635 CIP   "ip":"184.254.79.221", "remotePort":"49317", "chatNetwork":"Unknown"

2017/08/13 15:07:50 UTC 1502636870738 CIP   "ip":"184.254.79.221", "remotePort":"49320", "chatNetwork":"Unknown"

2017/08/13 15:08:22 UTC 1502636902274 CIP   "ip":"184.254.79.221", "remotePort":"49324", "chatNetwork":"Unknown"

2017/08/13 15:08:24 UTC 1502636904144 CIP   "ip":"184.254.79.221", "remotePort":"49327", "chatNetwork":"Unknown"

2017/08/13 15:09:35 UTC 1502636975960 CIP   "ip":"184.254.79.221", "remotePort":"49334", "chatNetwork":"Unknown"

2017/08/13 15:11:22 UTC 1502637082239 CIP   "ip":"184.254.79.221", "remotePort":"49346", "chatNetwork":"Unknown"

2017/08/13 15:16:13 UTC 1502637373351 CIP   "ip":"184.254.79.221", "remotePort":"49358", "chatNetwork":"Unknown"

2017/08/13 15:16:25 UTC 1502637385127 CIP   "ip":"184.254.79.221", "remotePort":"49360", "chatNetwork":"Unknown"

2017/08/13 15:21:59 UTC 1502637719963 CIP   "ip":"184.254.79.221", "remotePort":"49381", "chatNetwork":"Unknown"

2017/08/13 15:22:01 UTC 1502637721749 CIP   "ip":"184.254.79.221", "remotePort":"49387", "chatNetwork":"Unknown"

2017/08/13 15:24:47 UTC 1502637887037 CIP   "ip":"184.254.79.221", "remotePort":"49403", "chatNetwork":"Unknown"

2017/08/13 15:24:51 UTC 1502637891992 CIP   "ip":"184.254.79.221", "remotePort":"49398", "chatNetwork":"Unknown"

2017/08/13 15:24:58 UTC 1502637898410 CIP   "ip":"184.254.79.221", "remotePort":"49406", "chatNetwork":"Unknown"

2017/08/13 15:25:55 UTC 1502637955147 CIP   "ip":"184.254.79.221", "remotePort":"49416", "chatNetwork":"Unknown"

USAO_002851

2017/08/13 15:30:34 UTC 1502638234369 CIP    "ip":"184.254.79.221", "remotePort":"49440", "chatNetwork":"Unknown"

2017/08/13 15:30:37 UTC 1502638237435 CIP    "ip":"184.254.79.221", "remotePort":"49441", "chatNetwork":"Unknown"

2017/08/13 15:45:47 UTC 1502639147972 CIP    "ip":"184.254.79.221", "remotePort":"49490", "chatNetwork":"Unknown"

2017/08/13 15:46:31 UTC 1502639191113 CIP    "ip":"184.254.79.221", "remotePort":"49497", "chatNetwork":"Unknown"

2017/08/13 16:07:43 UTC 1502640463967 CIP    "ip":"184.254.79.221", "remotePort":"49535", "chatNetwork":"Unknown"

2017/08/13 16:14:37 UTC 1502640877298 CIP    "ip":"184.254.79.221", "remotePort":"49562", "chatNetwork":"Unknown"

2017/08/13 16:21:30 UTC 1502641290725 CIP    "ip":"184.254.79.221", "remotePort":"49583", "chatNetwork":"Unknown"

2017/08/13 16:22:59 UTC 1502641379125 CIP    "ip":"184.254.79.221", "remotePort":"49588", "chatNetwork":"Unknown"

2017/08/13 16:23:19 UTC 1502641399648 CIP    "ip":"184.254.79.221", "remotePort":"49595", "chatNetwork":"Unknown"

2017/08/13 16:25:16 UTC 1502641516379 CIP    "ip":"184.254.79.221", "remotePort":"49607", "chatNetwork":"Unknown"

2017/08/13 16:36:17 UTC 1502642177881 CIP    "ip":"184.254.79.221", "remotePort":"49642", "chatNetwork":"Unknown"

2017/08/13 16:45:05 UTC 1502642705186 CIP    "ip":"184.254.79.221", "remotePort":"49647", "chatNetwork":"Unknown"

2017/08/13 16:45:21 UTC 1502642721378 CIP    "ip":"184.254.79.221", "remotePort":"49652", "chatNetwork":"Unknown"

2017/08/13 16:45:27 UTC 1502642727978 CIP    "ip":"184.254.79.221", "remotePort":"49657", "chatNetwork":"Unknown"

2017/08/13 16:57:30 UTC 1502643450612 CIP    "ip":"184.254.79.221", "remotePort":"49708", "chatNetwork":"Unknown"

2017/08/13 16:57:49 UTC 1502643469685 CIP    "ip":"184.254.79.221", "remotePort":"49713", "chatNetwork":"Unknown"

2017/08/13 17:01:45 UTC 1502643705196 CIP    "ip":"184.254.79.221", "remotePort":"49716", "chatNetwork":"Unknown"

2017/08/13 17:02:42 UTC 1502643762363 CIP    "ip":"184.254.79.221", "remotePort":"49720", "chatNetwork":"Unknown"

2017/08/13 17:03:03 UTC 1502643783308 CIP    "ip":"184.254.79.221", "remotePort":"49725", "chatNetwork":"Unknown"

2017/08/13 17:03:16 UTC 1502643796843 CIP    "ip":"184.254.79.221", "remotePort":"49728", "chatNetwork":"Unknown"

2017/08/13 17:07:05 UTC 1502644025542 CIP    "ip":"184.254.79.221", "remotePort":"49731", "chatNetwork":"Unknown"

2017/08/13 17:07:34 UTC 1502644054704 CIP    "ip":"184.254.79.221", "remotePort":"49740", "chatNetwork":"Unknown"

2017/08/13 17:39:35 UTC 1502645975778 CIP    "ip":"70.6.68.144", "remotePort":"49827", "chatNetwork":"Unknown"

2017/08/13 17:40:02 UTC 1502646002503 CIP    "ip":"70.6.68.144", "remotePort":"49842", "chatNetwork":"Unknown"

2017/08/13 17:42:58 UTC 1502646178289 CIP    "ip":"108.123.142.67", "remotePort":"49856", "chatNetwork":"Unknown"

USAO_002852

2017/08/13 17:43:06 UTC 1502646186401 CIP    "ip":"108.123.142.67", "remotePort":"49857", "chatNetwork":"Unknown"

2017/08/13 17:43:25 UTC 1502646205513 CIP    "ip":"108.123.142.67", "remotePort":"49860", "chatNetwork":"Unknown"

2017/08/13 17:43:41 UTC 1502646221354 CIP    "ip":"108.123.142.67", "remotePort":"49870", "chatNetwork":"Unknown"

2017/08/13 17:43:45 UTC 1502646225012 CIP    "ip":"108.123.142.67", "remotePort":"49873", "chatNetwork":"Unknown"

2017/08/13 17:44:11 UTC 1502646251583 CIP    "ip":"108.123.142.67", "remotePort":"49875", "chatNetwork":"Unknown"

2017/08/13 17:46:16 UTC 1502646376883 CIP    "ip":"108.123.142.67", "remotePort":"49882", "chatNetwork":"Unknown"

2017/08/13 17:46:20 UTC 1502646380025 CIP    "ip":"108.123.142.67", "remotePort":"49883", "chatNetwork":"Unknown"

2017/08/13 17:46:22 UTC 1502646382631 CIP    "ip":"108.123.142.67", "remotePort":"49884", "chatNetwork":"Unknown"

2017/08/13 18:02:30 UTC 1502647350428 CIP    "ip":"173.117.69.77", "remotePort":"49187", "chatNetwork":"Unknown"

2017/08/13 18:12:56 UTC 1502647976484 CIP    "ip":"173.117.69.77", "remotePort":"49198", "chatNetwork":"Unknown"

2017/08/13 18:12:58 UTC 1502647978741 CIP    "ip":"173.117.69.77", "remotePort":"49206", "chatNetwork":"Unknown"

2017/08/13 18:14:14 UTC 1502648054039 CIP    "ip":"173.117.69.77", "remotePort":"49215", "chatNetwork":"Unknown"

2017/08/13 18:14:14 UTC 1502648054076 CIP    "ip":"173.117.69.77", "remotePort":"49210", "chatNetwork":"Unknown"

2017/08/13 18:14:16 UTC 1502648056173 CIP    "ip":"173.117.69.77", "remotePort":"49220", "chatNetwork":"Unknown"

2017/08/13 18:14:25 UTC 1502648065602 CIP    "ip":"173.117.69.77", "remotePort":"49209", "chatNetwork":"Unknown"

2017/08/13 18:14:27 UTC 1502648067565 CIP    "ip":"173.117.69.77", "remotePort":"49227", "chatNetwork":"Unknown"

2017/08/13 18:17:38 UTC 1502648258464 CIP    "ip":"173.117.69.77", "remotePort":"49235", "chatNetwork":"Unknown"

USAO_002853