# EXHIBIT 10

FD-1004
Rev. 7-7-2016

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms/Weapon  Item # 6
☑ Digital  ☐ Valuables  ☐ Firearms/Other

| Special Handling Instructions | Initial Receipt | Date and Time |
|---|---|---|
| ☐ HAZMAT  ☐ Latents  ☐ FGJ<br>☐ Req. Charging  ☐ Freeze  ☐ Refrigerate<br>☐ Biohazard<br>☐ Other _____ | Signature of Seizing Individual: [signed]<br>Printed Name/Agency: SA Heng Liv / FBI<br>Reason: Initial Collection<br>Collected By: SA Stephanie Connelly / FBI<br>Agency: FBI | 3/9/2018<br>9:35 am |

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signed]<br>Printed Name/Agency: SA Heng Liv / FBI<br>Reason: To Case Agent | 3/12/18<br>9:35am | Signature: [signed]<br>Printed Name/Agency: AMY WHITMAN / FBI<br>Reason: TO ACCEPT CUSTODY | 3/12/18<br>9:35am |
| Signature: [signed]<br>Printed Name/Agency: AMY WHITMAN / FBI<br>Reason: TO TFO FOR REVIEW | 3/15/18<br>9:50am | Signature: [signed]<br>Printed Name/Agency: BERNELL TRAPP / LASD<br>Reason: review | 3/15/18<br>9:50am |
| Signature: [signed]<br>Printed Name/Agency: BERNELL TRAPP<br>Reason: TO CASE AGENT | 8/16/18<br>10:45am | Signature: [signed]<br>Printed Name/Agency: AMY WHITMAN / FBI<br>Reason: REVIEW | 8/16/18<br>10:45am |
| Signature: [signed]<br>Printed Name/Agency: AMY WHITMAN / FBI<br>Reason: to ECC | 1-30-19<br>9:15am | Signature: [signed]<br>Printed Name/Agency: Isaac Alvarro<br>Reason: STORAGE | 1-30-19<br>9:15am |
| Signature: [signed]<br>Printed Name/Agency: Nyambi Ford / FBI<br>Reason: To SA | 12/11/23<br>2:08pm | Signature: [signed]<br>Printed Name/Agency: Shih / FBI<br>Reason: examine | 12/11/23<br>2:08p |
| Signature: [signed]<br>Printed Name/Agency: Shih / FBI<br>Reason: for storage | 1/3/24<br>2:09p | Signature: [signed]<br>Printed Name/Agency: Nyambi Ford / FBI<br>Reason: Storage | 1/3/24<br>2:09pm |

| Firearm Certification by (FI/SWAT) / Explosive Material Certification by (SABT): | ATF Trace Form Completed: ☐ |
|---|---|
| Printed Name:<br>Signature:<br>Date: | NCIC: ☐ |

Case ID: 305I-LA-2477616     1B: 6     Barcode: E5536378

*This form is incomplete without reference to the FD-1087.*

USAO_002862