# EXHIBIT 11

# EXHIBIT 11

FD-1004
Rev. 7-7-2016

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

**Evidence Type:** ☐ General  ☐ Drugs  ☐ Firearms/Weapon  ☑ Digital  ☐ Valuables  ☐ Firearms/Other

**Item #** 17

| Special Handling Instructions | | Initial Receipt | Date and Time |
|---|---|---|---|
| ☐ HAZMAT ☐ Latents ☐ FGJ ☐ Req. Charging ☐ Freeze ☐ Refrigerate ☐ Biohazard ☐ Other | | Signature of Seizing Individual: [signed] Printed Name/Agency: SA Heng Liv / FBI Reason: Initial Collection Collected By: SA Stephanie Connelly Agency: FBI | 3/9/2018 9:35 am |

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: [signed] Printed Name/Agency: SA Heng Liv / FBI Reason: To Case Agent | 3/12/18 9:35am | Signature: [signed] Printed Name/Agency: AMY WHITMAN / FBI Reason: TO ACCEPT CUSTODY | 3/12/18 9:35am |
| Signature: [signed] Printed Name/Agency: AMY WHITMAN / FBI Reason: TO TFO FOR REVIEW | 3/15/18 9:50am | Signature: [signed] Printed Name/Agency: Bennken Trejo Reason: Review | 3/15/18 9:50am |
| Signature: [signed] Printed Name/Agency: Bennken E Trejo Reason: To Case Agent | 8/16/18 10:45am | Signature: [signed] Printed Name/Agency: AMY WHITMAN / FBI Reason: REVIEW | 8/16/18 10:45am |
| Signature: [signed] Printed Name/Agency: AMY WHITMAN / FBI Reason: to ECC | 1.8.19 11:00am | Signature: Grant Gilmour Printed Name/Agency: Grant Gilmour/FBI Reason: Storage | 4/8/19 11:00 AM |
| Signature: [signed] Printed Name/Agency: Nyambi Ford / FBI Reason: To SA | 2/1/23 2:05pm | Signature: [signed] Printed Name/Agency: Shih/FBI Reason: return | 2/1/23 2:05p |
| Signature: [signed] Printed Name/Agency: Shih / FBI Reason: returned | 2/7/23 10:30a | Signature: Printed Name/Agency: Reason: | |

**Firearm Certification by (FI/SWAT) / Explosive Material Certification by (SABT):**
Printed Name:
Signature:
Date:

ATF Trace Form Completed: ☐
NCIC: ☐

Case ID: 305I-LA-2477616    1B: 17    Barcode: ESS36367

*This form is incomplete without reference to the FD-1087.*