# EXHIBIT 12

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
RENE RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE RODRIGUEZ,<br><br>Defendant. | Case No. 8:23-cr-00123-DOC<br><br>**DECLARATION OF RENE RODRIGUEZ IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED IN VIOLATION OF THE FOURTH AMENDMENT** |

# DECLARATION OF RENE RODRIGUEZ

I, Rene Rodriguez, hereby state and declare as follows:

1. I am the Defendant in the above-captioned matter.

2. On March 9, 2018, the government executed a search warrant at 3052 West Cheryllyn Lane in Anaheim, California, where I was living with my family at the time.

3. My Jeep was parked in our assigned garage that day.

4. I was the owner of the Jeep.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on  June 13 , 2024 at Santa Ana, California.

RENE RODRIGUEZ

2