CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
RENE RODRIGUEZ

FILED
CLERK U.S. DISTRICT COURT
JUN 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE RODRIGUEZ,<br><br>Defendant. | Case No. 8:23-cr-00123-DOC<br><br>**EXHIBIT 2 TO DEFENDANT'S NOTICE OF MOTION AND MOTION TO SUPPRESS DEFENDANT'S STATEMENTS**<br><br>Hearing Date: 7/22/24 at 1:30 p.m.<br>Trial Date: 8/6/24<br>Status Conference: None |