UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 8:23-cr-00123-DOC-1    Date: February 3, 2025

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Debbie Hino-Spaan | Alexandra Julia Sloan Kelly |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 1) RENE RODRIGUEZ | X | | X | Terra Castillo Laughton, DFPD | X | X | |

**PROCEEDINGS:   SENTENCING**

Also present, USPO Hannah Roberts.

Case is called.

Sentencing hearing is held.

Portions of these proceedings are ordered SEALED by the Court.

Detailed Judgment and Commitment Order to issue.

**cc: USPPO, BOP, FISCAL**

1:22
**Initials of Deputy Clerk** kdu